IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 3:16-cv-01735-D |
| | § | |
| CHRISTOPHER A. FAULKNER, | § | |
| BREITLING ENERGY CORPORATION, | § | |
| JEREMY S. WAGERS, | § | |
| JUDSON F. ("RICK") HOOVER, | § | |
| PARKER R. HALLAM, | § | |
| JOSEPH SIMO, | § | |
| DUSTIN MICHAEL MILLER RODRIGUEZ, | § | |
| BETH C. HANDKINS, | § | |
| GILBERT STEEDLEY, | § | |
| BREITLING OIL & GAS CORPORATION, | § | |
| CRUDE ENERGY, LLC, | § | |
| PATRIOT ENERGY, INC., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| TAMRA M. FREEDMAN and | § | |
| JETMIR AHMEDI, | § | |
| | § | |
| Relief Defendants. | § | |
| | § | |

## PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT BREITLING ENERGY CORPORATION

Plaintiff Securities and Exchange Commission ("Commission") respectfully requests the

Clerk of this honorable Court to enter a default, pursuant to Rule 55 of the Federal Rules of Civil

Procedure, against Defendant Breitling Energy Corporation ("BECC") for its failure to answer,

plead, or otherwise respond to the Complaint or the First Amended Complaint filed in this action.

In support of this request, the Commission shows the following:

1.      On June 24, 2016, the Commission filed its Complaint in this case.  *See* Doc. 1.

That same day, the Clerk issued a Summons against BECC.  *See* Doc. 5, pp. 3-4.

2.      On July 9, 2016, the Commission served BECC through Defendant Jeremy

Wagers, BECC's Chief Operating Officer and General Counsel.  *See* Doc. 18.

3.      On July 19, 2016, counsel for the Commission was contacted by Lance Pool of

the law firm Friedman & Feiger, LLP.  *See* <u>Exhibit 1</u>, the Declaration of B. David Fraser in

support of the Commission's request for the Clerk to enter default against Defendant Breitling

Energy Corporation ("Fraser Dec"), at ¶4.  Mr. Pool advised the Commission's counsel that he

and his firm represented Defendants Christopher Faulkner, Jeremy Wagers, and BECC in this

action, and that he wanted to negotiate a deadline by which all three Defendants needed to

answer, or otherwise respond to, the Complaint.  *Id*.  Counsel for the Commission agreed that all

three Defendants could have until August 15, 2016 to file their answers.  *Id*.

4.      On August 11, 2016, the Commission contacted Mr. Pool to apprise him that the

Commission intended to file an amended complaint that day.  *Id*. at ¶5.  Later that day, the

Commission filed its First Amended Complaint and served it on Defendant BECC by mailing it –

and emailing it – to Mr. Pool.  *See* Doc. 22; Fraser Dec, at ¶5.

5.      Because the Commission served the First Amended Complaint on BECC's

counsel by mail, BECC had 17 days after service of the First Amended Complaint to file an

answer or to otherwise respond.  *See* Fed. R. Civ. P. 15(a)(3); Fed. R. Civ. P. 6(d).  Thus,

BECC's Answer to the Commission's First Amended Complaint was due by August 29, 2016.

6.      On August 25, 2016, counsel for the Commission was contacted by another

attorney who advised the Commission that he would be representing BECC going forward and

Plaintiff's Request for Clerk to Enter Default Against
Defendant Breitling Energy Corporation
*SEC v. Faulkner, et al.*                                                                                    Page **2** of **4**

asked if the Commission would agree extend BECC's Answer deadline by two weeks.  *See*

Fraser Dec, at ¶8.  The Commission agreed to extend BECC's Answer date by two weeks – to

September 12, 2016.  *Id*.  However, on August 29, 2016, this second attorney informed the

Commission that he would not be representing BECC.  *Id*. at ¶9.  To date, neither BECC

personnel nor any attorney claiming to represent BECC has contacted counsel for the

Commission to seek an additional extension of time to answer the First Amended Complaint, or

to otherwise explain BECC's 18-day (and counting) deficiency in filing an answer.  *Id*. at ¶11.

       7.     As reflected above, BECC's answer was due on September 12, 2016.  However,

to date, BECC has neither filed an answer to the Complaint or First Amended Complaint, nor

otherwise defended in this litigation.  *Id*.


DATED:  September 30, 2016          **/s/ B. David Fraser**
                           B. DAVID FRASER
                           Lead Attorney
                           Texas Bar No. 24012654
                           SCOTT MASCIANICA
                           Texas Bar No. 24072222
                           SECURITIES AND EXCHANGE COMMISSION
                           Burnett Plaza, Suite 1900
                           801 Cherry St., Unit #18
                           Fort Worth, TX 76102-6882
                           (817) 978-1409
                           (817) 978-4927 (fax)
                           FraserB@sec.gov

                           ATTORNEY FOR PLAINTIFF
                           SECURITIES AND EXCHANGE COMMISSION


## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 30, 2016, I electronically filed the foregoing *Request for Clerk to Enter Default Against Defendant Breitling Energy Corporation* via the Court's

Plaintiff's Request for Clerk to Enter Default Against
Defendant Breitling Energy Corporation
*SEC v. Faulkner, et al.*                                        Page **3** of **4**

CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing via UPS and electronic mail on all non-CM/ECF parties and/or their counsel as detailed below:

| | |
|---|---|
| Christopher A. Faulkner<br>1910 Pacific Avenue<br>Suite 12000<br>Dallas, TX 75201<br>Chris@breitlingenergy.com<br>*Defendant Pro Se* | Christopher A. Faulkner<br>1910 Pacific Avenue<br>Suite 12000<br>Dallas, TX 75201<br>Chris@breitlingenergy.com<br>*Registered Agent for Defendant Breitling Oil & Gas* |
| Jeremy S. Wagers<br>2820 McKinnon Street, Unit 3028<br>Dallas, TX 75201<br>jwagers@breitlingenergy.com<br>*Defendant Pro Se* | Joseph Simo<br>c/o Chance Leigh, executor<br>304 Sutton Place<br>Georgetown, TX  78628<br>*Defendant Pro Se* |
| Alex More (requested email service only)<br>Carrington Coleman<br>901 Main St., Suite 5500<br>Dallas, TX 75202<br>amore@CCSB.com<br>*Counsel for Defendant Gilbert R. Steedley* | Carole Faulkner<br>4010 Ambleside Ct.<br>Colleyville, TX 76034<br>Faulkner4010@yahoo.com<br>*Counsel for Defendant Breitling Energy Corp.* |
| Karen Cook, PLLC<br>Karen Cook<br>700 Park Seventeen Tower<br>1717 McKinney Ave.<br>Dallas, TX 75202<br>Karen@karencooklaw.com<br>*Counsel for Defendants Parker R. Hallam Crude Energy, LLC* | Michael P. Gibson<br>Burleson, Pate & Gibson, LLP<br>Founders Square<br>900 Jackson St., Suite 330<br>Dallas, TX 75202<br>mgibson@bp-g.com<br>*Counsel for Beth C. Hankins* |

*/s/ B. David Fraser*
B. David Fraser

Plaintiff's Request for Clerk to Enter Default Against
Defendant Breitling Energy Corporation
*SEC v. Faulkner, et al.*                                   Page **4** of **4**