AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-01735-D |
| | ) | |
| Faulkner et al | ) | |
| *Defendant* | ) | |

**Summons in a Civil Action**

**TO:** Breitling Energy Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

B Fraser
Burnett Plaza, Suite 1900
801 Cherry St, Unit #18
Fort Worth , TX 76102-6882

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/24/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BREITING ENERGY CORPORATION__
was received by me on *(date)* __7/1/2016__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __JEREMY WAGERS, COO__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __BREITING ENERGY
CORPORATION__ on *(date)* __7/9/2016__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10-3-16__

*Server's signature*

__RAFAEL SOTO, PROCESS SERVER__
*Printed name and title*

__823-C SOUTH KING ST, LEESBURG, VA 20175__
*Server's address*

Additional information regarding attempted service, etc:
SERVICE OCCURRED AT 2707 COLE AVE, APT 711, DALLAS, TX 75204