IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. FAULKNER,<br>BREITLING ENERGY CORPORATION,<br>JEREMY S. WAGERS,<br>JUDSON F. ("RICK") HOOVER,<br>PARKER R. HALLAM,<br>JOSEPH SIMO,<br>DUSTIN MICHAEL MILLER RODRIGUEZ,<br>BETH C. HANDKINS,<br>GILBERT STEEDLEY,<br>BREITLING OIL & GAS CORPORATION,<br>CRUDE ENERGY, LLC,<br>PATRIOT ENERGY, INC.,<br><br>Defendants,<br><br>And<br><br>TAMRA M. FREEDMAN and<br>JETMIR AHMEDI,<br><br>Relief Defendants. | Case No.: 3:16-cv-01735-D<br><br>JURY TRIAL DEMANDED |

## DEFENDANT BREITLING OIL AND GAS CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant Breitling Oil and Gas Corporation ("Breitling Oil and Gas"), hereby submits their Answer to Plaintiff's First Amended Complaint in the above-styled and numbered cause as follows:

1. Pursuant to Federal Rule of Civil Procedure 8(b)(3), Defendant Breitling Oil and Gas denies generally the allegations contained in Plaintiff's First Amended Original Complaint.

**THEREFORE**, Breitling Oil and Gas Corporation requests that Plaintiff take nothing on its claims, that Defendant recover its costs, and for such other and further relief, at law or in equity, to which Defendant may be justly entitled.

Respectfully submitted,

*Carole Faulkner*
Carole Faulkner
Texas State Bar No. 06855150
faulkner4010@yahoo.com
4010 Ambleside Ct
Colleyville, TX 76034
Telephone: 817. 879.1377
Facsimile: 469.675.6404
Attorney for Defendant Breitling
Oil and Gas Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2016 I filed the foregoing via personal deliver to the Court's offices. I further certify that I served a true and correct copy of the foregoing document via federal express and electronic mail on all parties and/or their counsel as detailed below:

| | |
|---|---|
| Christopher A. Faulkner<br>1910 Pacific Avenue<br>Suite 12000<br>Dallas, TX 75201<br>Chris@breitlingenergy.com<br>*Defendant Pro Se* | Christopher A. Faulkner 1910 Pacific Avenue Suite 12000<br>Dallas, TX 75201 Chris@breitlingenergy.com<br>*Registered Agent for Defendant Breitling Oil & Gas* |

| | |
|---|---|
| Jeremy S. Wagers<br>2820 McKinnon Street, Unit 3028<br>Dallas, TX 75201<br>jwagers@breitlingenergy.com<br>*Defendant Pro Se* | Joseph Simo<br>4925 Greenville Avenue<br>Suite 1030<br>Dallas, TX 75206<br>*Defendant Pro Se* |
| Alex More (requested email service only)<br>Carrington Coleman<br>901 Main St., Suite 5500<br>Dallas, TX 75202<br>amore@CCSB.com<br>*Counsel for Defendant Gilbert R. Steedley* | Lance Pool Friedman & Feiger<br>5301 Spring Valley Road Suite 200<br>Dallas, TX 75254 lpool@fflawoffice.com<br>*Counsel for Breitling Energy Corp.* |
| Karen Cook, PLLC<br>Karen Cook<br>700 Park Seventeen Tower<br>1717 McKinney Ave.<br>Dallas, TX 75202<br>Karen@karencooklaw.com<br>*Counsel for Defendants Parker R. Hallam Crude Energy, LLC* | Michael P. Gibson<br>Burleson, Pate & Gibson, LLP Founders Square<br>900 Jackson St., Suite 330<br>Dallas, TX 75202 mgibson@bp-g.com *Counsel for Beth C. Hankins* |
| B. David Fraser, Sr.<br>US Securities and Exchange Commission<br>Burnett Plaza Suite 1900<br>801 Cherry Street, Unit #18<br>Fort, Worth, TX 76102<br>FraserB@SEC.gov<br>*Counsel for US Securities and Exchange Commission* | Jeffrey J Ansley<br>Bell Nunnally & Martin LLP<br>3232 McKinney Avenue, Suite 1400<br>Dallas, TX 75204 |
| Richard B Roper, III<br>Thompson & Knight LLP<br>1722 Routh St<br>Suite 1500<br>Dallas, TX 75201 | Robert R Smith<br>Fitzpatrick Hagood Smith & Uhl LLP<br>2515 McKinney Avenue, Suite 1400<br>Dallas, TX 75201 |

*/s/ Carole Faulkner*