# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § Plaintiff, § § v. § § CHRISTOPHER A. FAULKNER, § BREITLING ENERGY CORPORATION, § JEREMY S. WAGERS, § JUDSON F. ("RICK") HOOVER, § PARKER R. HALLAM, § JOSEPH SIMO, § DUSTIN MICHAEL MILLER RODRIGUEZ, § BETH C. HANDKINS, § GILBERT STEEDLEY, § BREITLING OIL & GAS CORPORATION, § CRUDE ENERGY, LLC, § PATRIOT ENERGY, INC., § § Defendants, § § and § § TAMRA M. FREEDMAN and § JETMIR AHMEDI, § § Relief Defendants. § § | Case No.: 3:16-cv-01735-D |

## NOTICE

Plaintiff Securities and Exchange Commission ("Commission") hereby notifies this Court that, on September 23, 2016, counsel for the Commission received a copy of a death certificate for Defendant Joseph Simo, reflecting that Mr. Simo passed away on September 11, 2016.

The Commission is currently evaluating how to proceed with regard to its claims against Mr. Simo, and will comply with any obligations imposed by the Federal Rules of Civil Procedure with regard to the timing of such actions.

DATED:  October 26, 2016        */s/ B. David Fraser*
                                B. DAVID FRASER
                                Lead Attorney
                                Texas Bar No. 24012654
                                SCOTT MASCIANICA
                                Texas Bar No. 24072222
                                SECURITIES AND EXCHANGE COMMISSION
                                Burnett Plaza, Suite 1900
                                801 Cherry St., Unit #18
                                Fort Worth, TX 76102-6882
                                (817) 978-1409
                                (817) 978-4927 (fax)
                                FraserB@sec.gov

                                ATTORNEY FOR PLAINTIFF
                                SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

On October 26, 2016, I electronically filed the foregoing *Notice* via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing via UPS and electronic mail on all non-CM/ECF parties and/or their counsel as detailed below:

| | |
|---|---|
| Christopher A. Faulkner<br>1910 Pacific Avenue<br>Suite 12000<br>Dallas, TX 75201<br>Chris@breitlingenergy.com<br>*Defendant Pro Se* | Michael P. Gibson<br>Burleson, Pate & Gibson, LLP<br>Founders Square<br>900 Jackson St., Suite 330<br>Dallas, TX 75202<br>mgibson@bp-g.com<br>*Counsel for Beth C. Hankins* |
| Jeremy S. Wagers<br>2820 McKinnon Street, Unit 3028<br>Dallas, TX 75201<br>jwagers@breitlingenergy.com<br>*Defendant Pro Se* | Joseph Simo<br>c/o Chance Leigh, named executor<br>304 Sutton Place<br>Georgetown, TX 78628<br>*Defendant Pro Se* |
| Alex More (requested email service only)<br>Carrington Coleman<br>901 Main St., Suite 5500<br>Dallas, TX 75202<br>amore@CCSB.com<br>*Counsel for Defendant Gilbert R. Steedley* | |

*/s/ B. David Fraser*
B. DAVID FRASER