## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SECURTITES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CHRISTOPHER A. FAULKNER,** | § | **Case No.: 3:16-cv-01735-D** |
| **BREITLING ENERGY CORPORATION,** | § | |
| **JEREMY S. WAGERS,** | § | |
| **JUDSON F. ("RICK") HOOVER,** | § | |
| **PARKER R. HALLAM,** | § | |
| **JOSEPH SIMO,** | § | |
| **DUSTIN MICHAEL MILLER** | § | |
| **RODRIGUEZ, BETH C. HANDKINS,** | § | |
| **GILBERT STEEDLEY,** | § | |
| **BREITLING OIL & GAS CORPORATION,** | § | |
| **CRUDE ENERGY, LLC,** | § | |
| **PATRIOT ENERGY, INC.,** | § | |
| | § | |
| **Defendants,** | § | |
| | § | |
| | § | |
| **and** | § | |
| | § | |
| **TAMRA M. FREEDMAN** | § | |
| **JETMIR AHMEDI** | § | |
| | § | |
| **Relief Defendants.** | § | |

## DEFENDANT CHRISTOPHER FAULKNER'S FIRST AMENDED
## ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant Christopher Faulkner ("Defendant"), by and through his counsel of record,

files his First Amended Answer to Plaintiff's First Amended Complaint ("Amended Complaint")

in the above-styled and numbered cause as follows:

1

**Corresponding Paragraphs**

The paragraph numbers contained in this answer correspond and are responsive to the same numbered paragraph numbers contained in Plaintiffs' First Amended Original Complaint.

**Hyperbolic, Multifarious and Scandalous Allegations**

Many of the allegations contained in the First Amended Complaint are riddled with scandalous allegations, hyperbole and are irreconcilably multifarious.  Defendant has attempted to segregate out factual allegations to determine whether they should be admitted or denied, but, due to Plaintiff's pleading tactics, has at times been unable to segregate the facts from the hyperbole and scandalous accusations.  In such circumstances, Defendant has been forced to deny the allegations as pled.

**Answer to Allegations of Complaint**

INTRODUCTION:  Defendant denies the allegations contained in the Introduction of the Complaint.

1.      Defendant admits he has appeared on CNBC, CNN International, Fox Business News, and the BBC to discuss oil-and-as topics.  Defendant denies the remaining allegations contained in said paragraph.

2.      Defendant denies the allegations contained in said paragraph.

3.      Defendant denies the allegations contained in said paragraph.

4.      Defendant denies the allegations contained in said paragraph.

5.      Defendant admits the allegation that AFEs were obtained for drilling and completion costs and that the investments were sold on a "turnkey" basis, but denies the remaining allegations in said paragraph.

6.      Defendant admits the allegations contained in the first sentence, but otherwise

denies the remaining allegations contained in said paragraph.

7.      Defendant denies the allegations contained in said paragraph.

8.      Defendant denies the allegations contained in said paragraph.

9.      Defendant admits that Wagers joined BOG in 2012, but otherwise denies the allegations contained in said paragraph.

10.     Defendant denies the allegations contained in said paragraph.

11.     Defendant denies the allegations contained in said paragraph.

12.     Defendant denies the allegations contained in said paragraph.

13.     Defendant denies the allegations contained in said paragraph.

14.     Defendant denies the allegations contained in said paragraph.

15.     Defendant admits the allegations contained in the first sentence, but otherwise denies the remaining allegations contained in said paragraph.

16.     Defendant denies the allegations contained in said paragraph.

17.     Defendant admits the allegation in said paragraph that numerous prospects were shut-in, has insufficient knowledge or information to respond to the allegations contained in the final sentence of said paragraph and, therefore denies said allegations and all remaining allegations contained in said paragraph.

18.     Defendant denies the allegations contained in said paragraph.

19.     Defendant denies the allegations contained in said paragraph.

20.     Said paragraph contains self-serving statements, legal conclusions and allegations of law and are, to the extent required to be responded to, denied.

21.      Defendant admits this Court has jurisdiction over the claims asserted, but denies any and all liability to Plaintiff for such claims.

22.     Defendant admits the allegation in said paragraph that venue is proper in the Northern District of Texas, but reserves the right to seek a transfer to a more appropriate venue.

23.     Defendant admits the allegations contained in the third sentence of said paragraph, denies the allegations contained in the first and second sentences of said paragraph, and denies the allegations contained in the final two sentences of said paragraph, save and except for the fact that Defendant was a founder and did participate the operation of C I Host.

24.     Defendant admits the allegations contained in said paragraph, save and except for the allegations regarding the content of the Form 8-K, which document is the best evidence of the matters stated therein.   Defendant admits that the Form 8-K referenced in said paragraph states what the Form 8-K states and all other allegations regarding the Form 8-K's contents are othewise denied.

25.     Defendant is without sufficient information to admit or deny the allegations contained in the first and last sentences of said paragraph and, therefore, denies same. Otherwise, the allegations of said paragraph are admitted.

26.     Defendant is without sufficient information to admit or deny the allegations contained in the first and second sentences of said paragraph and, therefore, denies same. Defendant admits the allegations contained in the third sentence of said paragraph.

27.     Defendant is without sufficient information to admit or deny the allegations contained in the first, third and fourth sentences of said paragraph and, therefore, denies same. Defendant admits the remaining allegations contained in said paragraph.

28.     Defendant denies the allegations contained in the fourth sentence of said paragraph, and is otherwise without sufficient information to admit or deny the remaining allegations contained in said paragraph and, therefore, denies same.

29.     Defendant is without sufficient information to admit or deny the allegations contained in the first, third, fourth, fifth, sixth and seventh sentences of said paragraph and, therefore, denies same.  Defendant admits the remaining allegations.

30.     Defendant is without sufficient information to admit or deny the allegations contained in said paragraph and, therefore, denies same.  Defendant admits Handkins controlled BOG's bank account and denies that Handkins controlled BECC's bank account.

31.     Defendant is without sufficient information to admit or deny the allegations contained in the first sentence of said paragraph and, therefore, denies same. Defendant denies the allegations contained in the second sentence of said paragraph.

32.     Defendant denies the allegations contained in the first and second sentences of said paragraph.  Defendant admits the remaining allegations of said paragraph.

33.     Defendant is without sufficient information to admit or deny the allegations contained in said paragraph and, therefore, denies same.  Defendant further denies the allegations in the second, third and fifth sentences of said paragraph.

34.     Defendant is without sufficient information to admit or deny the allegations contained in said paragraph and, therefore, denies same.  Defendant further denies the allegations in the second and third sentences of said paragraph.

35.     Defendant is not aware of what the "relevant time period" referenced in the third sentence of said paragraph is and denies the allegations therein.   Defendant admits the allegations contained in the second sentence of said paragraph.  Defendant is without sufficient information to admit or deny the allegations contained in the first sentence of said paragraph and, therefore, denies same.

36.     Defendant is without sufficient information to admit or deny the allegations

contained in the first sentence of said paragraph and, therefore, denies same.  Defendant admits

Alhmedi was a friend and is unaware of what the relevant time period is and denies the

remaining allegations contained in said paragraph.

37.     Defendant admits the allegations contained in said paragraph.

38.     Defendant admits he was a co-founder of CI Host, but otherwise denies the

allegations contained in said paragraph.

39.      Defendant admits he co-founded BOG, but otherwise denies the allegations of

said paragraph.

40.     Defendant admits that BOG sold exempt, turnkey, working interests and that

investments were made on a lump-sum basis with BOG assuming the risk of all overruns.

Defendant denies all other allegations contained in said paragraph.

41.     Defendant admits that exempt interests were sold, but is without sufficient

information to admit or deny the specific interests listed in said paragraph and, therefore, denies

same.

42.     Defendant denies the allegations contained in said paragraph.

43.     Defendant objects to the allegations contained in said paragraph for the reason

that the same are recitations of the content of alleged written and recorded materials, which

materials speak for themselves and are the best evidence of the matters alleged.  Accordingly, the

allegations of said paragraph are denied.

44.     Defendant denies the allegations contained in said paragraph.

45.     Defendant denies the allegations contained in said paragraph.

46.     Defendant objects to the allegations contained in said paragraph for the reason

that the same are recitations of the content of alleged written and recorded materials, which

materials speak for themselves and are the best evidence of the matters alleged.   Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

47.     Defendant objects to the allegations contained in said paragraph for the reason that the same are recitations of the content of alleged written and recorded materials, which materials speak for themselves and are the best evidence of the matters alleged.   Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

48.     Defendant denies the allegations contained in said paragraph.

49.     Defendant denies the allegations contained in said paragraph.

50.     Defendant denies the allegations contained in said paragraph.

51.     Defendant denies the allegations contained in said paragraph.

52.     Defendant denies the allegations contained in said paragraph.

53.     Defendant denies the allegations contained in said paragraph.

54.     Defendant denies the allegations contained in said paragraph.

55.     Defendant denies the allegations contained in said paragraph.

56.     Defendant denies the allegations contained in said paragraph.

57.     Defendant objects to the allegations in the first sentence of said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein.   Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

58.     Defendant denies the allegations contained in said paragraph.

59.     Defendant objects to the allegations in the first sentence of said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein.   Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

60.     Defendant admits the allegations contained in the first two sentences of said paragraph, and denies the remainder of the allegations contained in said paragraph.

61.     Defendant denies the allegations contained in said paragraph.

62.     Defendant denies the allegations contained in said paragraph.

63.     Defendant denies the allegations contained in said paragraph.

64.     Defendant objects to the allegations contained in the first sentence of said paragraph as vague and, therefore, the same is denied.  Defendant admits the allegation that Hallam and Miller led the sales efforts and managed BOG's sales staff.  Defendant is without sufficient information to admit or deny the remaining allegations of said paragraph and, therefore, denies same.

65.     Defendant is without sufficient information to admit or deny the remaining allegations of said paragraph and, therefore, denies same.

66.     Defendant is without sufficient information to admit or deny the remaining allegations of said paragraph and, therefore, denies same.

67.     Defendant denies the allegations contained in said paragraph.

68.     Defendant denies the allegations contained in said paragraph.

69.     Defendant denies the allegations contained in said paragraph.

70.     Defendant denies the allegations contained in said paragraph.

71.     Defendant denies the allegations contained in said paragraph.

72.     Defendant admits the allegations contained in said paragraph.

73.     Defendant admits the allegations contained in said paragraph.

74.     Defendant denies the allegations contained in the first sentence of said paragraph and admits the remainder of said paragraph.

75.     Defendant admits the allegations contained in the first sentence of said paragraph, and denies the remaining allegations of said paragraph.

76.     Defendant objects to the allegations in the first sentence of said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein.   Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

77.     Defendant denies the allegations contained in said paragraph.

78.     Defendant denies the allegations contained in said paragraph.

79.     Defendant admits the allegations contained in said paragraph.

80.     Defendant denies the allegations contained in said paragraph.

81.     Defendant denies the allegations contained in said paragraph.

82.     Defendant denies the allegations contained in said paragraph.

83.     Defendant is without sufficient knowledge or information regarding the allegations contained in said paragraph and, therefore, denies same.

84.     Defendant denies the allegations contained in said paragraph.

85.     Defendant is without sufficient knowledge regarding the allegations relating to Crude in the first paragraph in said paragraph and, therefore, denies same. Defendant denies the

9

allegations contained in the remainder of said paragraph.

86.     Defendant is without sufficient knowledge regarding the allegations relating to Crude in the first sentence of said paragraph and, therefore, denies same. Defendant denies the allegations contained in the remainder of said paragraph.

87.     Defendant denies the relationship between Defendant and Crude as alleged by Plaintiff.  Defendant is otherwise without sufficient knowledge regarding the allegations made in said paragraph and, therefore, denies same.

88.     Defendant denies the relationship between Defendant and Crude as alleged by Plaintiff.  Defendant is otherwise without sufficient knowledge regarding the allegations in said paragraph and, therefore, denies same.

89.     Defendant admits the allegation that a contract operator provided AFEs to drill and complete wells, but denies the remaining allegations contained in said paragraph.

90.     Defendant is without sufficient knowledge regarding the allegations in said paragraph and, therefore, denies same.

91.     Defendant is without sufficient knowledge regarding the allegations relating to Crude in said paragraph and, therefore, denies same.  Defendant further denies the remaining allegations contained in said paragraph.

92.     Defendant is without sufficient knowledge regarding the allegations relating to Crude in said paragraph and, therefore, denies same.

93.     Defendant is without sufficient knowledge regarding the allegations in said paragraph and, therefore, denies same.

94.     Defendant denies all allegations contained in said paragraph relating to BOG. Defendant is without sufficient knowledge regarding the remaining allegations in said paragraph

and, therefore, denies same.

95.     Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

96.     Defendant denies the allegations contained in said paragraph.

97.     Defendant denies the allegations contained in said paragraph.

98.     Defendant denies the allegations contained in said paragraph.

99.     Defendant denies the allegations contained in said paragraph.

100.    Defendant denies the allegations contained in said paragraph.

101.    Defendant denies the allegations contained in said paragraph.

102.    Defendant denies the allegations contained in said paragraph.

103.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

104.    Defendant denies the allegations contained in said paragraph.

105.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state

and all other allegations are denied.

106.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

107.    Defendant denies the allegations contained in said paragraph.

108.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

109.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

110.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

111.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff

makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

112.    Defendant denies the allegations contained in said paragraph.

113.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

114.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

115.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

116.    Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein.

Defendant admits that the materials referenced in said paragraph state what the materials state. Defendant admits the allegations contained in the last sentence of said paragraph.

117.    Defendant denies the allegations contained in said paragraph.

118.    Defendant is without sufficient knowledge as to what was discussed between the auditors, Hoover and Wagers and, therefore, denies the allegations contained in said paragraph.

119.    Defendant is without sufficient knowledge as to what was discussed between the auditors, Hoover and Wagers and, therefore, denies the allegations contained in said paragraph.

120.    Defendant denies the allegations contained in said paragraph.

121.    Defendant is without sufficient knowledge as to what was discussed between the auditors and Wagers and, therefore, denies the allegations contained in said paragraph.

122.    Defendant denies the allegations contained in said paragraph.

123.    Defendant denies the allegations contained in said paragraph.

124.    Defendant admits the allegations contained in said paragraph.

125.    Defendant denies the allegations contained in said paragraph.

126.    Defendant denies the allegations contained in said paragraph.

127.    Defendant denies the allegations contained in said paragraph.

128.    Defendant denies the allegations contained in said paragraph.

129.    Defendant denies the allegations contained in said paragraph.

130.    Defendant denies the allegations contained in said paragraph.

131.    Defendant is without sufficient information to admit or deny the allegations in said paragraph regarding other companies' stock prices and the Russell 200 Energy Index and, therefore, denies such allegations.  Defendant denies the remaining allegations of said paragraph.

132.    Defendant objects to the allegations of said paragraph for the reason that the same

are inextricably intertwined with assumed facts not established or in evidence.  Accordingly, the allegations are denied.

133.   Defendant denies the allegations contained in said paragraph.

134.   Defendant denies the allegations contained in said paragraph.

135.   Defendant denies the allegations contained in said paragraph.

136.   Defendant admits only the allegation that an Administrative Services Agreement was signed, but denies the remaining allegations contained in said paragraph.

137.   Defendant denies the allegations contained in said paragraph.

138.   Defendant denies the allegations contained in said paragraph.

139.   Defendant is without sufficient knowledge regarding the allegations contained in said paragraph and, therefore, denies same.

140.   Defendant is without sufficient knowledge regarding the allegations contained in said paragraph and, therefore, denies same.

141.   Defendant denies the allegations contained in said paragraph.

142.   Defendant objects to the allegations in said paragraph for the reason that Plaintiff makes allegations regarding information that is contained in writings and such writings speak for themselves and are the best evidence of the information and statements contained therein. Defendant admits that the materials referenced in said paragraph state what the materials state. Defendant admits the allegations contained in the last sentence of said paragraph.

143.   Defendant denies the allegations contained in said paragraph.

144.   Defendant denies the allegations contained in said paragraph.

145.   Defendant denies the allegations contained in said paragraph.

## FIRST CLAIM FOR RELIEF

146.    Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

147.    Defendant denies the claims asserted and allegations made in said paragraph.

148.    Defendant denies the claims asserted and allegations made in said paragraph.

149.    Defendant denies the claims asserted and allegations made in said paragraph.

150.    Defendant denies the claims asserted and allegations made in said paragraph.

151.    Said paragraph is not directed to Defendant and Defendant is without sufficient information and knowledge to admit or deny the allegations and claims asserted therein and, therefore, denies same.

## SECOND CLAIM FOR RELIEF

152.    Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

153.    Defendant denies the claims asserted and allegations made in said paragraph.

154.    Said paragraph is not directed to Defendant and Defendant is without sufficient information and knowledge to admit or deny the allegations and claims asserted therein and, therefore, denies same.

155.    Defendant denies the claims asserted and allegations made in said paragraph.

156.    Defendant denies the claims asserted and allegations made in said paragraph.

157.    Defendant denies the claims asserted and allegations made in said paragraph.

158.    Said paragraph is not directed to Defendant and Defendant is without sufficient information and knowledge to admit or deny the allegations and claims asserted therein and, therefore, denies same.

159.    Defendant denies the claims asserted and allegations made in said paragraph.

## THIRD CLAIM FOR RELIEF

160.    Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

161.    Defendant denies the claims asserted and allegations made in said paragraph.

162.    Defendant denies the claims asserted and allegations made in said paragraph.

## FOURTH CLAIM FOR RELIEF

163.    Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

164.    Defendant denies the claims asserted and allegations made in said paragraph.

165.    Defendant denies the claims asserted and allegations made in said paragraph.

166.    Defendant denies the claims asserted and allegations made in said paragraph.

167.    Defendant denies the claims asserted and allegations made in said paragraph.

## FIFTH CLAIM FOR RELIEF

168.    Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

169.    Defendant denies the claims asserted and allegations made in said paragraph.

170.    Defendant denies the claims asserted and allegations made in said paragraph.

171.    Defendant denies the claims asserted and allegations made in said paragraph.

172.    Defendant denies the claims asserted and allegations made in said paragraph.

173.    Defendant denies the claims asserted and allegations made in said paragraph.

174.    Defendant denies the claims asserted and allegations made in said paragraph.

## SIXTH CLAIM FOR RELIEF

175.    Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

176.    Defendant denies the claims asserted and allegations made in said paragraph.

177.    Defendant denies the claims asserted and allegations made in said paragraph.

## SEVENTH CLAIM FOR RELIEF

178.    Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

179.    Defendant denies the claims asserted and allegations made in said paragraph.

180.    Defendant denies the claims asserted and allegations made in said paragraph.

181.    Defendant denies the claims asserted and allegations made in said paragraph.

## EIGHTH CLAIM FOR RELIEF

182.    Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

183.    Defendant admits the documents referenced in said paragraph were filed on the dates stated therein.

184.    Defendant objects to the allegations contained in said paragraph for the reason that the same are recitations of the content of alleged written and recorded materials, which materials speak for themselves and are the best evidence of the matters alleged.  Defendant admits that the materials referenced in said paragraph state what the materials state and all other allegations are denied.

185.    Defendant denies the claims asserted and allegations made in said paragraph.

186.    Defendant denies the claims asserted and allegations made in said paragraph.

## NINTH CLAIM FOR RELIEF

187.     Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

188.     The claims and allegations contained in said paragraph are neither directed toward nor reference Defendant.  Defendant is without sufficient knowledge and information with respect to the claims and allegations in said paragraph and, therefore, denies same.

189.     The claims and allegations contained in said paragraph are neither directed toward nor reference Defendant.  Defendant is without sufficient knowledge and information with respect to the claims and allegations in said paragraph and, therefore, denies same.

190.     The claims and allegations contained in said paragraph are neither directed toward nor reference Defendant.  Defendant is without sufficient knowledge and information with respect to the claims and allegations in said paragraph and, therefore, denies same.

191.     The claims and allegations contained in said paragraph are neither directed toward nor reference Defendant.  Defendant is without sufficient knowledge and information with respect to the claims and allegations in said paragraph and, therefore, denies same.

## TENTH CLAIM FOR RELIEF

192.     Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

193.     Defendant denies the allegations contained in said paragraph.

194.     The allegations contained in said paragraph are legal conclusions that Defendant is not required to answer and, therefore, are denied.

195.     The allegations contained in said paragraph are legal conclusions that Defendant is not required to answer and, therefore, are denied.

196.    Defendant denies the claims and allegations contained in said paragraph.

197.    The allegations contained in said paragraph are legal conclusions that Defendant is not required to answer and, therefore, are denied.

198.    Defendant denies the allegations contained in said paragraph.

199.    Defendant denies the allegations contained in said paragraph.

## ELEVENTH CLAIM FOR RELIEF

200.    Defendant reasserts and incorporates the answers to the paragraphs 1 through 145 as if fully set forth herein.

201.    The claims and allegations contained in said paragraph are neither directed toward nor reference Defendant.  Defendant is without sufficient knowledge and information with respect to the claims and allegations in said paragraph and, therefore, denies same.

202.    The claims and allegations contained in said paragraph are neither directed toward nor reference Defendant.  Defendant is without sufficient knowledge and information with respect to the claims and allegations in said paragraph and, therefore, denies same.

203.    The claims and allegations contained in said paragraph are neither directed toward nor reference Defendant.  Defendant is without sufficient knowledge and information with respect to the claims and allegations in said paragraph and, therefore, denies same.

204.    The claims and allegations contained in said paragraph are neither directed toward nor reference Defendant.  Defendant is without sufficient knowledge and information with respect to the claims and allegations in said paragraph and, therefore, denies same.

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the relief sought by Plaintiff against Defendant, whether equitable or legal, damages or injunctive, or otherwise.

## AFFIRMATIVE DEFENSES

Defendant sets forth below his affirmative defenses. By setting forth these affirmative defenses, Defendant does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiff. Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter necessarily is relevant to Plaintiff's allegations.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by waiver.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

## PRAYER

WHEREFORE, Defendant prays for judgment as follows:

1.     That Plaintiff take nothing by way of the Complaint;

2.     That the Complaint be dismissed with prejudice and judgment entered in favor of Defendant;

3.     That Defendant be awarded his costs, disbursements and attorneys' fees in this action; and

4.     For such other and further relief as this Court deems just and proper.

DATED: November 29, 2016

Respectfully submitted,

**FRIEDMAN & FEIGER, L.L.P.**

**/s/ Lance A. Pool**

By: _____

    **Lawrence J. Friedman**
    State Bar No. 07469300
    lfriedman@fflawoffice.com
    **Lance A. Pool**
    State Bar No.16117800
    lpool@fflawoffice.com

    5301 Spring Valley Road, Suite 200
    Dallas, Texas  75254
    (972) 788-1400 (Telephone)
    (972) 788-2667 (Telecopier)

    **ATTORNEYS FOR DEFENDANT**
    **CHRISTOPHER FAULKNER**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2016, I electronically filed the foregoing Entry of Appearance via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing via UPS and electronic mail on all non-CM/ECF parties and/or their counsel as detailed below:

| | |
|---|---|
| B. David Fraser<br>Scott Mascianica<br>Securities and Exchange Commission<br>Burnett Plaza, Suite 1900<br>801 Cherry St., Unit #18<br>Fort Worth, TX 76102<br>FraserB@sec.gov<br>*Attorney for Plaintiff Securities*<br>*Exchange Commission* | Joseph  Simo<br>c/o Chance Leigh, named executor<br>304 Sutton Place<br>Georgetown, Texas 78628<br>*Defendant  Pro Se* |
| Alex More (requested  email service only)<br>Carrington Coleman<br>901 Main St., Suite 5500<br>Dallas, TX 75202<br>amore@CCSB.com<br>*Counsel for Defendant  Gilbert R. Steedley* | Michael P. Gibson<br>Burleson,  Pate & Gibson, LLP<br>Founders  Square<br>900 Jackson  St., Suite 330<br>Dallas, TX 75202<br>mgibson@bp-g.com<br>*Counsel  for Beth C. Hankins* |

| | |
|---|---|
| Karen Cook, PLLC<br>Karen Cook<br>700 Park Seventeen Tower<br>1717 McKinney Ave.<br>Dallas, TX 75202<br>Karen@karencooklaw.com<br>*Counsel for Defendants Parker R. Hallam*<br>*Crude Energy, LLC* | Carole Faulkner<br>4010 Ambleside Ct.<br>Colleyville, TX 76034<br>Faulkner4010@yahoo.com<br>*Attorney for Defendants Breitling Energy*<br>*Corporation and Breitling Oil & Gas Corporation* |
| David R. Clouston<br>Sessions Fishman Nathan & Israel LLC<br>900 Jackson Street, Suite 440,<br>Dallas, TX 75202<br>DClouston@Sessions.legal<br>*Attorney for Defendant*<br>*Judson D. ("Rick") Hoover* | Richard B. Roper<br>Thompson & Knight LLP<br>1722 Routh Street, Suite 1500,<br>Dallas, TX 75201<br>Richard.Roper@TKLaw.com<br>*Attorney for Defendants Dustin Michael Miller*<br>*Rodriguez and Patriot Energy, Inc.* |
| Jeffrey J. Ansley<br>Gregory D. Kelminson<br>Bell Nunnally & Martin LLP<br>3232 McKinney Avenue, Suite 1400,<br>Dallas, TX 75204<br>JAnsley@BellNunnally.com<br>*Attorney for Relief Defendant* | Robert R. Smith<br>Fitzpatrick Hagood Smith & UHL<br>2515 McKinney Avenue, Suite 1400,<br>Dallas, TX 75201<br>RSmith@FHSUlaw.com<br>*Attorney for Relief Defendant*<br>*Jetmir Ahmedi* |

/s/ Lance A. Pool

—————————————————

Attorney