IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 3:16-cv-01735-D |
| | § | |
| **CHRISTOPHER A. FAULKNER,** | § | |
| **BREITLING ENERGY CORPORATION,** | § | |
| **JEREMY S. WAGERS,** | § | |
| **JUDSON F. ("RICK") HOOVER,** | § | |
| **PARKER R. HALLAM,** | § | |
| **JOSEPH SIMO,** | § | |
| **DUSTIN MICHAEL MILLER RODRIGUEZ,** | § | |
| **BETH C. HANDKINS,** | § | |
| **GILBERT STEEDLEY,** | § | |
| **BREITLING OIL & GAS CORPORATION,** | § | |
| **CRUDE ENERGY, LLC,** | § | |
| **PATRIOT ENERGY, INC.,** | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| **TAMRA M. FREEDMAN and** | § | |
| **JETMIR AHMEDI,** | § | |
| | § | |
| Relief Defendants. | § | |
| | § | |

**NOTICE OF DISMISSAL AS TO ALL CLAIMS**
**AGAINST DEFENDANT JOSEPH SIMO**

Plaintiff Securities and Exchange Commission ("Commission") hereby notifies this Court that it dismisses all claims against Defendant Joseph Simo, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Commission previously notified the Court that Defendant Simo died on September 11, 2016. [Doc. 59].

Rule 41(a)(1) provides that the Commission "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i).  Here, Defendant Simo did not file an answer or a motion for summary judgment before he passed away.


DATED:  December 2, 2016	*/s/ B. David Fraser*
　　　　　　　　　　　　　　　B. DAVID FRASER
　　　　　　　　　　　　　　　Lead Attorney
　　　　　　　　　　　　　　　Texas Bar No. 24012654
　　　　　　　　　　　　　　　SCOTT MASCIANICA
　　　　　　　　　　　　　　　Texas Bar No. 24072222
　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE COMMISSION
　　　　　　　　　　　　　　　Burnett Plaza, Suite 1900
　　　　　　　　　　　　　　　801 Cherry St., Unit #18
　　　　　　　　　　　　　　　Fort Worth, TX 76102-6882
　　　　　　　　　　　　　　　(817) 978-1409
　　　　　　　　　　　　　　　(817) 978-4927 (fax)
　　　　　　　　　　　　　　　FraserB@sec.gov

　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF
　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

On December 2, 2016, I electronically filed the foregoing *Notice of Dismissal as to All Claims against Defendant Joseph Simo* via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing via UPS and electronic mail on all non-CM/ECF parties and/or their counsel as detailed below:

| | |
|---|---|
| Joseph Simo<br>c/o Chance Leigh, named executor<br>304 Sutton Place<br>Georgetown, TX 78628<br>cleigh@chanceleighcustomhomes.com<br>*Defendant Pro Se* | Michael P. Gibson<br>Burleson, Pate & Gibson, LLP<br>Founders Square<br>900 Jackson St., Suite 330<br>Dallas, TX 75202<br>mgibson@bp-g.com<br>*Counsel for Beth C. Hankins* |
| Alex More (requested email service only)<br>Carrington Coleman<br>901 Main St., Suite 5500<br>Dallas, TX 75202<br>amore@CCSB.com<br>*Counsel for Defendant Gilbert R. Steedley* | |

                    */s/ B. David Fraser*
                    B. DAVID FRASER