## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | |
| CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC., | § § § § § § § § § § § § § | Case No.: 3:16-cv-01735-D |
| Defendants, | § § § | |
| and | § § | |
| TAMRA M. FREEDMAN JETMIR AHMEDI | § § § | |
| Relief Defendants. | § | |

### DEFENDANT CHRISTOPHER FAULKNER'S INITIAL DISCLOSURES

TO:    Plaintiff Securities and Exchange Commission by and through its Counsel B. David Fraser, Esq., and Scott Mascianica Esq., Burnett Plaza, Suite 1900, 801 Cherry St., Unit #18, Fort Worth, Texas 76102.

**COMES NOW**, Defendant Christopher Faulkner ("Defendant"), in his capacity as a

Defendant, in this lawsuit, and hereby serves these initial disclosures in compliance with Rule

26(a)(1), Federal Rules of Civil Procedure. Defendant reserves the right to supplement the

following responses, in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

FRIEDMAN & FEIGER, L.L.P.

/s/ Lance A. Pool

By: _____

Lawrence J. Friedman
State Bar No. 07469300
lfriedman@fflawoffice.com
Lance A. Pool
State Bar No.16117800
lpool@fflawoffice.com

5301 Spring Valley Road, Suite 200
Dallas, Texas  75254
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

ATTORNEYS FOR DEFENDANT
CHRISTOPHER FAULKNER

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2016, I electronically filed the foregoing Entry of Appearance via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing via UPS and electronic mail on all non-CM/ECF parties and/or their counsel as detailed below:

| | |
|---|---|
| B. David Fraser<br>Scott Mascianica<br>Securities and Exchange Commission<br>Burnett Plaza, Suite 1900<br>801 Cherry St., Unit #18<br>Fort Worth, TX 76102<br>FraserB@sec.gov<br>*Attorney for Plaintiff Securities*<br>*Exchange Commission* | Michael P. Gibson<br>Burleson, Pate & Gibson, LLP<br>Founders Square<br>900 Jackson St., Suite 330<br>Dallas, TX 75202<br>mgibson@bp-g.com<br>*Counsel for Beth C. Hankins* |
| Alex More (requested email service only)<br>Carrington Coleman<br>901 Main St., Suite 5500<br>Dallas, TX 75202<br>amore@CCSB.com<br>*Counsel for Defendant Gilbert R. Steedley* | Carole Faulkner<br>4010 Ambleside Ct.<br>Colleyville, TX 76034<br>Faulkner4010@yahoo.com<br>*Attorney for Defendants Breitling Energy*<br>*Corporation and Breitling Oil & Gas Corporation* |
| Karen Cook, PLLC<br>Karen Cook<br>700 Park Seventeen Tower<br>1717 McKinney Ave.<br>Dallas, TX 75202<br>Karen@karencooklaw.com<br>*Counsel for Defendants Parker R. Hallam*<br>*Crude Energy, LLC* | Richard B. Roper<br>Thompson & Knight LLP<br>1722 Routh Street, Suite 1500,<br>Dallas, TX 75201<br>Richard.Roper@TKLaw.com<br>*Attorney for Defendants Dustin Michael Miller*<br>*Rodriguez and Patriot Energy, Inc.* |
| David R. Clouston<br>Sessions Fishman Nathan & Israel LLC<br>900 Jackson Street, Suite 440,<br>Dallas, TX 75202<br>DClouston@Sessions.legal<br>*Attorney for Defendant*<br>*Judson D. ("Rick") Hoover* | Robert R. Smith<br>Fitzpatrick Hagood Smith & UHL<br>2515 McKinney Avenue, Suite 1400,<br>Dallas, TX 75201<br>RSmith@FHSUlaw.com<br>*Attorney for Relief Defendant*<br>*Jetmir Ahmedi* |
| Jeffrey J. Ansley<br>Gregory D. Kelminson<br>Bell Nunnally & Martin LLP<br>3232 McKinney Avenue, Suite 1400,<br>Dallas, TX 75204<br>JAnsley@BellNunnally.com<br>*Attorney for Relief Defendant* | Abbe David Lowell<br>Christopher D. Man<br>Christopher R. Cooke<br>CHADBOURNE & PARKE LLP<br>1200 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>adlowell@chadbourne.com<br>*Counsel for Tamra M. Freedman* |

/s/ Lance A. Pool

_____

Attorney

<u>DEFENDANT CHRISTOPHER FAULKNER'S INITIAL DISCLOSURES</u>

**A.**     **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

RESPONSE:

1.  **Scott Cox**
    Defendant is unaware of the current location and logistics as to this person, and will supplement these disclosures upon determination of this information.

2.  **Jim Hiza**
    13811 Haven Ridge Lane
    Charlotte, NC 28215-7849
    (704) 907-1343

3.  **Kevan Casey**
    3311 Banbury Place
    Houston, Texas 77027
    (713) 502-4110

4.  **Lee Ivons**
    Defendant is unaware of the current location and logistics as to this person, and will supplement these disclosures upon determination of this information.

5.  **Steven Plumb**
    5300 N. Braeswood Blvd., #370
    Houston, Texas 77096
    (713) 780-0806

6.  **The CFO Suites**
    Defendant is unaware of the current location and logistics as to this person, and will supplement these disclosures upon determination of this information.

7.  **David Kovacs**
    c/o CMG Holdings Group, Inc.
    2130 North Lincoln Park West 8N
    Chicago, IL 60614
    (773) 698-6047

8.  **Brandi Alexander**
    Defendant is unaware of the current location and logistics as to this person, and will supplement these disclosures upon determination of this information.

**9.  Matt Rapaport**
    3254 Glendon Ave.
    Los Angeles, CA 90034
    (310) 441-3907

**10. David Heavenridge**
    8384 Stewart Ave.
    Los Angeles, CA 90045
    (619) 307-1139

**11. Robert Flores**
    Defendant is unaware of the current location and logistics as to this person, and will
    supplement these disclosures upon determination of this information.

**12. The Stephen Group**
    Defendant is unaware of the current location and logistics as to this person, and will
    supplement these disclosures upon determination of this information.

**13.  Doug Oliver**
    Defendant is unaware of the current location and logistics as to this person, and will
    supplement these disclosures upon determination of this information.

**14. Thomas Miller**
    Defendant is unaware of the current location and logistics as to this person, and will
    supplement these disclosures upon determination of this information.

**15. Lindy Bradshaw**
    Defendant is unaware of the current location and logistics as to this person, and will
    supplement these disclosures upon determination of this information.

**16. Trenton K. Thornock**
    933 21st Street
    Houston, Texas 77008-3317
    (713) 862-1035

**17. Jonathan Huberman**
    c/o Skyview Capital, LLC
    8th Floor North Tower
    2000 Avenue of the Stars
    Los Angeles, CA 90067

**18. Cesar Baez**
    c/o CA Baez & Partners, LLC
    1271 Avenue of the Americas
    43rd Floor
    New York, NY 10020

**19. Rick Mourglia**
c/o Dunn Energy, Inc.
2 Shell Plaza
811 Louisiana Street
Suite 23
Houston, TX 77002

**20. Chris Willaford**
Defendant is unaware of the current location and logistics as to this person, and will
supplement these disclosures upon determination of this information.

**21. Alfred Zaccagnino**
c/o Samarian Group
444 Madison Ave.
New York, NY 10022
(646) 755-3728

**22. William Forkner**
c/o Granite Bay Financial Group
1135 Fifth Way
El Dorado Hills, CA 95762

**23. David Shanabrook**
c/o Steller Energy & Investment
3629 Churchill Lane
Plano, TX 75075
(972) 673-1215

**24. Joseph "Chip" Langston**
c/o One Energy Square
4825 Greenville Ave.
Suite 200
Dallas, TX 75250
(214) 800-2614

**25. Torchlight**
John Burda
1031 Highlands Plaza Dr.
Saint Louis, MO 63110-1303

**26. Paul B. Saltzman**
1525 Elm St.
Dallas, TX 75201
(214) 747-0697

**27. Stone Creek**
Defendant is unaware of the current location and logistics as to this person, and will supplement these disclosures upon determination of this information.

**28. Richard Munn**
15 Camelot Oaks Ct.
The Woodlands, TX 77382
(281) 296-9414

**29. Ellie Dragon**
15 Camelot Oaks Ct.
The Woodlands, TX 77382
(281) 296-9414

**30. Kurt Mire**
c/o Mire & Associates
1830 Snake River Rd.
Katy, TX 77449
(281) 646-9878

**B.**     **Rule 26(a)(1)(A)(ii):  Documents**

The following are documents and/or tangible things that are in the Defendant's possession and that the Defendant may use to support his defenses:

1.     The Corporate Minutes of Breitling Energy Corporation.

2.     The Defendant may locate additional documents relating to issues in this case in hardcopy or electronic form.  Should the Defendant determine that he may rely upon any such documents, those documents will be produced.  The Defendant reserves the right to rely upon any documents he may produce to any other party to this litigation in response to discovery requests, as well as upon any other documents as may be produced by any party or third party in the course of this litigation.

**C.**     **Rule 26(a)(1)(A)(iii):  Computation of Damages**

N/A

**D.**     <u>**Rule 26(a)(1)(A)(iv):  Insurance**</u>

The Defendant is not currently aware of any insurance agreement under which an insurance business may be liable to satisfy part or all of any judgment that may be entered in this action or to indemnify or reimburse for payments made to satisfy any judgment.