IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURTITES AND EXCHANGE COMMISSION | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC PATRIOT ENERGY, INC., | § § § § § § § § § § § § § § | Case No.: 3:16-cv-01735-D |
| Defendants, | § § § | |
| and | § § | |
| TAMRA M. FREEDMAN JETMIR AHMEDI | § § § § | |
| Relief Defendants. | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that Joshua G. Blum of Friedman & Feiger, LLP, herby enters his appearance as an additional attorney of record for Defendant Christopher A. Faulkner and Defendant Jeremy S. Wagers in all further proceedings in this cause of action and request that all future notices from the Court, copies and pleadings sent to the parties in interest be sent to him at

the below address.

        Respectfully submitted,
        **FRIEDMAN & FEIGER, L.L.P.**

DATED:  June 23, 2017        s/ Joshua G. Blum
        **Lawrence J. Friedman**
        State Bar No. 07469300
        lfriedman@fflawoffice.com
        **Lance A. Pool**
        State Bar. No.16117800
        lpool@fflawoffice.com
        **Joshua G. Blum**
        CA State Bar. No.249082
        jblum@fflawoffice.com
        5301 Spring Valley Road, Suite 200
        Dallas, Texas  75254
        (972) 788-1400 (Telephone)
        (972) 788-2667 (Telecopier)

        **ATTORNEYS FOR DEFENDANTS**
        **CHRISTOPHER A. FAULKNER AND**
        **JEREMY S. WAGERS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of June, 2017, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sends a "Notice of Electronic Filing" to all counsel who have consented in writing to accept this Notice as service of this document by electronic means.

        s/ Joshua G. Blum
        Attorney