IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § <br> Plaintiff, § § <br> v. § § <br> CHRISTOPHER A. FAULKNER, § <br> BREITLING ENERGY CORPORATION, § <br> JEREMY S. WAGERS, § <br> JUDSON F. ("RICK") HOOVER, § <br> PARKER R. HALLAM, § <br> JOSEPH SIMO, § <br> DUSTIN MICHAEL MILLER RODRIGUEZ, § <br> BETH C. HANDKINS, § <br> GILBERT STEEDLEY, § <br> BREITLING OIL & GAS CORPORATION, § <br> CRUDE ENERGY, LLC, § <br> PATRIOT ENERGY, INC., § § <br> Defendants, § § <br> and § § <br> TAMRA M. FREEDMAN and § <br> JETMIR AHMEDI, § § <br> Relief Defendants. § § | Case No.: 3:16-cv-01735-D |

### DEFENDANT CHRISTOPHER A. FAULKNER'S RESPONSE TO THE COURT'S AUGUST 28, 2017 ORDER [DOC. NO. 118]

Defendant Christopher A. Faulkner ("Faulkner") respectfully submits the following response to the Court's August 28, 2017 Order [Doc. No. 118].

Pursuant to Fed. R. Civ. P. 65(b)(2), Faulkner consents to a longer extension of the August 14, 2017 orders, to accommodate Faulkner's requested extended briefing deadlines of fourteen days, or in the alternative, seven days. *See,* Doc. No. 115.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 28, 2017 | /s/ Joshua G. Blum<br>LAWRENCE J. FRIEDMAN<br>Lead Attorney<br>Texas Bar No. 07469300<br>JOSHUA G. BLUM<br>California Bar No. 249082<br>FRIEDMAN & FEIGER, L.L.P.<br>5301 Spring Valley Road, Suite 200<br>Dallas, Texas 75254<br>(972) 788-1400<br>(972) 788-2667 (fax)<br>lfriedman@fflawoffice.com<br>jblum@fflawoffice.com<br>ATTORNEYS FOR DEFENDANTS<br>CHRISTOPHER A. FAULKNER<br>AND JEREMY WAGERS |

## **CERTIFICATE OF SERVICE**

On August 28, 2017, I electronically filed the foregoing DEFENDANT CHRISTOPHER A. FAULKNER'S RESPONSE TO THE COURT'S AUGUST 28, 2017 ORDER [DOC. NO. 118]**,** via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Joshua G. Blum
Joshua G. Blum