IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, <br>     Plaintiff, <br><br> v. <br><br> **CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC.**, <br>     Defendants, <br><br> and <br><br> **TAMRA M. FREEDMAN and JETMIR AHMEDI**, <br>     Relief Defendants. | Case No.: 3:16-cv-01735-D |

### RECEIVER'S EXHIBIT LIST FOR
### HEARING ON ORDER TO SHOW CAUSE RE: CONTEMPT

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Email (8/14/17); SEC to Counsel for Faulkner | | |
| 2 | Email (8/14/17); SEC to Carole Faulkner | | |
| 3 | Email (8/30/17); Receiver to Counsel for Faulkner | | |
| 4 | Email (8/31/17); Counsel for Faulkner to Receiver | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 5 | Email (8/31/17); Receiver to Counsel for Faulkner | | |
| 6 | Deposition Subpoena issued by SEC (8/30/17) | | |
| 7 | Excerpts of Faulkner Deposition (8/30/17) | | |
| 8 | Email (8/15/17); Receiver to Counsel for Faulkner | | |
| 9 | Email (8/15/17); Receiver to Carole Faulkner | | |
| 10 | Email (8/16/17); Counsel for Faulkner to Receiver | | |
| 11 | Email (8/15/17); Carole Faulkner to Receiver | | |
| 12 | Change of Address Confirmation, BOG | | |
| 13 | Change of Address Confirmation, BECC | | |
| 14 | Email (8/29/17); Receiver to Carole Faulkner | | |
| 15 | Email (8/30/17); Carole Faulkner to Receiver | | |
| 16 | Emails (8/17/17); Between Receiver and Counsel for Faulkner | | |
| 17 | Email (8/25/17); Counsel for Chesapeake to Receiver, SEC | | |
| 18 | Email (8/25/17); SEC to "Pack 'N' Mail" | | |
| 19 | Email (8/31/17); Receiver to Carole Faulkner | | |
| 20 | Selected Mail from Grapevine Mailbox (9/1/17) | | |
| 21 | Email (8/25/17); Receiver to Carole Faulkner, Counsel for Faulkner | | |
| 22 | Email (8/25/17); Counsel for Faulkner to Receiver | | |
| 23 | Email (8/25/17); Carole Faulkner to Receiver | | |

Dated: October 23, 2017 Respectfully submitted,

By: /s/ Andrew M. Goforth

Andrew M. Goforth
Texas State Bar: 24076405
goforth@tltaylorlaw.com
*Of Counsel*

245 West 18th Street
Houston, Texas 77008
Tel: 713.626.5300
Fax: 713.402.6154

COUNSEL FOR RECEIVER

## CERTIFICATE OF SERVICE

I certify that on October 23, 2017 I filed the foregoing document through this Court's CM/ECF case management system, which served notice on all parties and counsel of record electronically.

/s/ Andrew M. Goforth
Andrew M. Goforth