# Breitling Receivership
# Receipts Disbursements
### September 7, 2017 - December 31, 2017

|  | Since Inception |
|---|---:|
| **Income** | |
| **Business Income** | 114,064.59 |
| **Misc./Other Income** | 150,000.00 |
| **Total Income** | 264,064.59 |
| | |
| **Expense** | |
| **Receivership Operations** | |
| **Disb.to Receiver/Other prof** | 62,125.00 |
| **Business Asset/Operating** | |
| Bank Fees | 12.00 |
| Contract Labor | 2,608.00 |
| Business Asset/Operating - Other | 89.32 |
| **Total-Business Asset/Operating** | 2,709.32 |
| | |
| **Total - Receivership Operations** | 64,834.32 |
| | |
| **Total Expense** | 64,834.32 |
| | |
| **Net Income** | **199,230.27** |