**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § | |
| Plaintiff, | § § | |
| **v.** | § § | Case No.: 3:16-cv-01735-D |
| **CHRISTOPHER A. FAULKNER,<br>BREITLING ENERGY CORPORATION,<br>JEREMY S. WAGERS,<br>JUDSON F. ("RICK") HOOVER,<br>PARKER R. HALLAM,<br>JOSEPH SIMO,<br>DUSTIN MICHAEL MILLER RODRIGUEZ,<br>BETH C. HANDKINS,<br>GILBERT STEEDLEY,<br>BREITLING OIL & GAS CORPORATION,<br>CRUDE ENERGY, LLC,<br>PATRIOT ENERGY, INC.,** | § § § § § § § § § § § § | |
| Defendants, | § § | |
| **and** | § § | |
| **TAMRA M. FREEDMAN and<br>JETMIR AHMEDI,** | § § § | |
| Relief Defendants. | § § | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT
AGAINST RELIEF DEFENDANT JETMIR AHMEDI**

Plaintiff Securities and Exchange Commission ("Commission") files this Unopposed Motion to Enter Final Judgment against Relief Defendant Jetmir Ahmedi, and respectfully shows the Court as follows:

1.	The Commission filed this civil action on June 24, 2016, alleging violations of the federal securities laws.  *See* Doc. 1.  On August 11, 2016, the Commission filed its First Amended Complaint.  *See* Doc. 22.

2.	The Commission has reached a settlement with Ahmedi, who has executed a written consent ("Consent"), attached hereto as <u>Exhibit A</u>.  Under the terms of the Consent, Ahmedi admits the Court's jurisdiction over him and over the subject matter of his action, waives findings of fact and conclusions of law, and waives any right to appeal from the final judgment ("Final Judgment"), which is attached hereto as <u>Exhibit B</u>.  Further, counsel for Ahmedi has reviewed the Consent and Final Judgment and has signed the Consent to reflect his approval as to form.  *See* <u>Exhibit A</u>, p. 5.

3.	The Commission respectfully asks the Court to enter the agreed Final Judgment consented to by Relief Defendant Jetmir Ahmedi.


Dated: February 21, 2018                    Respectfully submitted,

*s/ B. David Fraser*
B. DAVID FRASER
Lead Attorney
Texas Bar No. 24012654
SCOTT MASCIANICA
Texas Bar No. 24072222
TIMOTHY S. McCOLE
Mississippi Bar No. 10628
SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry St., Unit #18
Fort Worth, TX 76102-6882
(817) 978-1409
(817) 978-4927 (fax)
FraserB@sec.gov
MascianicaS@sec.gov
McColeT@sec.gov

ATTORNEY FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF CONFERENCE

Relief Defendant Jetmir Ahmedi agrees that the Commission may present the Final Judgment to the Court for signature and entry without further notice. *See* Exhibit A, p. 5, ¶13. Nonetheless, I conferred today with Bob Smith, counsel for Relief Defendant Jetmir Ahmedi, who advised that Mr. Ahmedi does not oppose this motion or the relief requested.

*s/ B. David Fraser*
B. David Fraser

## CERTIFICATE OF SERVICE

   I hereby certify that on February 21, 2018, I electronically filed the foregoing *Unopposed Motion to Enter Final Judgment Against Relief Defendant Jetmir Ahmedi* via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing via UPS and/or electronic mail on all non-CM/ECF parties and/or their counsel as detailed below:

| | |
|---|---|
| Michael P. Gibson (via UPS and email)<br>Burleson, Pate & Gibson, LLP<br>Founders Square<br>900 Jackson St., Suite 330<br>Dallas, TX 75202<br>mgibson@bp-g.com<br>*Counsel for Defendant Beth C. Handkins* | Alex More (requested email service only)<br>Carrington Coleman<br>901 Main St., Suite 5500<br>Dallas, TX 75202<br>amore@CCSB.com<br>*Counsel for Defendant Gilbert R. Steedley* |

              *s/ B. David Fraser*
              B. David Fraser