IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: 3:16-CV-1735-D |
| **CHRISTOPHER A. FAULKNER,** **BREITLING ENERGY CORPORATION,** **JEREMY S. WAGERS,** **JUDSON F. ("RICK") HOOVER,** **PARKER R. HALLAM,** **JOSEPH SIMO,** **DUSTIN MICHAEL MILLER RODRIGUEZ,** **BETH C. HANDKINS,** **GILBERT STEEDLEY,** **BREITLING OIL & GAS CORPORATION,** **CRUDE ENERGY, LLC,** **PATRIOT ENERGY, INC.,** | § § § § § § § § § § § § § | |
| Defendants, | § § | |
| and | § § | |
| **TAMRA M. FREEDMAN and** **JETMIR AHMEDI,** | § § § § | |
| Relief Defendants. | § § | |

## FINAL JUDGMENT AS TO RELIEF DEFENDANT JETMIR AHMEDI

The Securities and Exchange Commission having filed a Complaint and a First Amended Complaint, and Relief Defendant Jetmir Ahmedi ("Relief Defendant") having by written Consent entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the First Amended Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph IV); waived findings of fact and conclusions of law; and

1

waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $222,000, representing ill-gotten gains as a result of the conduct alleged in the First Amended Complaint. Relief Defendant shall satisfy this obligation by paying $222,000 to the court-appointed receiver—Thomas L. Taylor (the "Receiver")—for the estates of Defendants Christopher A. Faulkner, Breitling Oil & Gas Corporation, and Breitling Energy Corporation, pursuant to the terms of payment set forth in Paragraph II below. Upon receipt by the Receiver, such funds shall become Receivership Assets within the meaning of the term in this Court's September 25, 2017 order appointing the Receiver (Doc. 142). Relief Defendant shall make payment in accordance with the following instructions:

Payment must be: (A) made by United States postal money order, certified check, bank cashier's check, or bank money order; (B) made payable to "Receiver's Account, Estate of C. Faulkner, et al."; (C) hand-delivered or mailed to Thomas L. Taylor, The Taylor Law Offices, P.C., 245 West 18th Street, Houston, TX 77008; and (D) submitted under cover letter that identifies the Relief Defendant submitting the payment and the cause number of this civil action (*SEC v. Christopher A. Faulkner, et al.*, Civ. Act. No. 3:16-1735-D (N.D. Tex.)). Further, Relief Defendant shall simultaneously send a copy of the cover letter and money order or check to B. David Fraser, Division of Enforcement, Securities and Exchange Commission, 801 Cherry Street, Suite 1900, Fort Worth, TX 76102. By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission may enforce the Court's judgment for disgorgement by moving for civil

contempt (and/or through other collection procedures authorized by law) 14 days after Relief Defendant fails to make any payment ordered herein.

II.

Relief Defendant shall pay the total disgorgement due of $222,000 in seven (7) installments according to the following schedule:  (1) $150,000 within 10 days after entry of this Final Judgment; (2) $12,000 within 45 days after entry of this Final Judgment; (3) $12,000 within 90 days after entry of this Final Judgment; (4) $12,000 within 135 days after entry of this Final Judgment; (5) $12,000 within 180 days after entry of this Final Judgment; (6) $12,000 within 225 days after entry of this Final Judgment; and (7) $12,000 within 270 days after entry of the Final Judgment.  Payments shall be deemed made on the date they are received by the Receiver (and notice received by the Commission) and shall be applied first to post-judgment interest, which shall accrue pursuant to 28 U.S.C. § 1961 as to any amount that is delinquent under the payment schedule above.  Prior to making the final payment set forth herein, Relief Defendant shall contact the Receiver and the staff of the Commission for the amount due for the final payment.

If Relief Defendant fails to pay in full any of the foregoing installments by the deadline specified above, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall become due and payable immediately at the discretion of the staff of the Commission without further application to the Court.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and Relief Defendant shall comply with all of the agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the First Amended Complaint are true and admitted by Relief Defendant, and further, any debt for disgorgement or other amounts due by Relief Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

VI.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: February 21, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

4