# Exhibit A

# Breitling Receivership
## Receipts and Disbersements
### Q1 2018

|  | Since Inception | Q1 2018 |
|---|---|---|
| **Income** | | |
| **Business Income** | 168,648.14 | 54,583.55 |
| **Cash and Equivalents** | 0.00 | 0.00 |
| **Interest/Dividend Income** | 0.00 | 0.00 |
| **Business Asset Liquidation** | 0.00 | 0.00 |
| **Personal Asset Liquidation** | 0.00 | 0.00 |
| **3rd Party Litigation Income** | 0.00 | 0.00 |
| **Misc./Other Income** | | |
| **SEC Settlements** | 150,000.00 | 150,000.00 |
| **Misc./Other Income - Other** | 210,000.00 | 60,000.00 |
| **Total - Misc./Other Income** | 360,000.00 | 210,000.00 |
| | | |
| **Total Income** | 528,648.14 | 264,583.55 |
| | | |
| **Expense** | | |
| **Receivership Operations** | | |
| **Disb.to Receiver/Other prof** | 62,125.00 | 0.00 |
| **Business Asset/Operating** | | |
| **Bank Fees** | 12.00 | 0.00 |
| **Contract Labor** | 11,212.00 | 8,604.00 |
| **Joint Interest Billing/AFE** | 7,110.01 | 7,110.01 |
| **Business Asset/Operating - Other** | 89.32 | 0.00 |
| **Total-Business Asset/Operating** | 18,423.33 | 15,714.01 |
| | | |
| **Personal Asset Expenses** | 0.00 | 0.00 |
| **Investment Expenses** | 0.00 | 0.00 |
| **3rd Party Lit. Expenses** | 0.00 | 0.00 |
| **Tax Administrator Fees/Bond** | 0.00 | 0.00 |
| **Federal/State Taxes** | 0.00 | 0.00 |
| **Receivership Operations - Other** | 950.60 | 950.60 |
| **Total - Receivership Operations** | 81,498.93 | 16,664.61 |
| | | |
| **Disb. for Distribution** | | |
| **Distrib. Plan Development** | 0.00 | 0.00 |
| **Distrib. Plan Implementatio** | 0.00 | 0.00 |
| **Disb. for Distribution - Other** | 0.00 | 0.00 |
| **Total-Disb. for Distribution** | 0.00 | 0.00 |
| | | |
| **Disbursements to Court** | 0.00 | 0.00 |
| **Disbursements to Claimants** | 0.00 | 0.00 |
| **Payroll Expenses** | 0.00 | 0.00 |
| **Total Expense** | 81,498.93 | 16,664.61 |
| | | |
| **Net Income** | 447,149.21 | 247,918.94 |