# Exhibit D



**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Friday, March 09, 2018 11:55 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:17-cv-08609-SJO-PLA Carole Ann Faulkner et al v. Thomas L. Taylor III Text Only Scheduling Notice

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered on 3/9/2018 at 11:55 AM PST and filed on 3/9/2018
**Case Name:**       Carole Ann Faulkner et al v. Thomas L. Taylor III
**Case Number:**     2:17-cv-08609-SJO-PLA
**Filer:**

**WARNING: CASE CLOSED on 02/13/2018**

**Document Number:** 28(No document attached)

**Docket Text:**
**SCHEDULING NOTICE by Judge S. James Otero. The Court is in receipt of the Request to Amend and Clarify the Final Order of Dismissal of Case, filed February 26, 2018 [ECF No. 27]. In the Court's Order dated February 13, 2018 ("Order"), the Court found that it lacks subject-matter jurisdiction over the action, and thus cannot adjudicate the merits of the case. See Hernandez v. Conriv Realty Associates,192 F.3d 121, 123 (2nd Cir.1999) (holding that "where a court lacks subject matter jurisdiction, it also lacks the power to dismiss with prejudice"); see also Murray v. Conseco, Inc., 467 F.3d 602, 605 (7th Cir.2006) (A court that lacks subject matter jurisdiction cannot dismiss a case with prejudice.). The Court clarifies the Order to note that Plaintiff may not re-file the action in the Central District of California. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY**

**2:17-cv-08609-SJO-PLA Notice has been electronically mailed to:**

Brian Thomas Corrigan    bcorrigan@cormorllp.com

Stanley C Morris    scm@cormorllp.com, 5564279420@filings.docketbird.com

**2:17-cv-08609-SJO-PLA Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Carole Ann Faulkner
Law Offices of Carole A Faulkner
10866 Washington Boulevard Suite 448
Culver City, CA 90232