# Exhibit 5

**STANDARDIZED FUND ACCOUNTING REPORT - Cash Basis**
SEC v. Christopher Faulkner, et al.; Civil Court Docket No. 3:16-cv-1735-D
**Reporting Period 1/1/2018 - 3/31/2018**

| FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Line 1**   **Beginning Balance (As of 12/31/2017):** | | | $ 199,230.27 |
| *Increases in Fund Balance:* | | | |
| **Line 2**   **Business Income** | | | $ 54,583.55 |
| **Line 3**   **Cash and Securities** | | | |
| **Line 4**   **Interest/Dividend Income** | | | |
| **Line 5**   **Business Asset Liquidation** | | | |
| **Line 6**   **Personal Asset Liquidation** | | | |
| **Line 7**   **Third-Party Litigation Income** | | | |
| **Line 8**   **Miscellaneous - Other (Excess w/d payments)** | | | $ 210,000.00 |
|     **Total Funds Available (Lines 1 – 8):** | | | $ 463,813.82 |
| *Decreases in Fund Balance:* | | | |
| **Line 9**   **Disbursements to Investors** | | | |
| **Line 10**   **Disbursements for Receivership Operations** | | | |
|     *Line 10a*   Disbursements to Receiver or Other Professionals | | | $ (16,664.61) |
|     *Line 10b*   Business Asset Expenses | | | |
|     *Line 10c*   Personal Asset Expenses | | | |
|     *Line 10d*   Investment Expenses | | | |
|     *Line 10e*   Third-Party Litigation Expenses | | | |
|         1. Attorney Fees | | | |
|         2. Litigation Expenses | | | |
|         *Total Third-Party Litigation Expenses* | | | |
|     *Line 10f*   Tax Administrator Fees and Bonds | | | |
|     *Line 10g*   Federal and State Tax Payments | | | |
|     **Total Disbursements for Receivership Operations** | | | |
| **Line 11**   **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
|     *Line 11a*   *Distribution Plan Development Expenses:* | | | |
|         1. Fees: | | | |
|             Fund Administrator……………….....………….. | | | |
|             Independent Distribution Consultant (IDC)……. | | | |
|             Distribution Agent…………………....………….. | | | |
|             Consultants…………………………....………….. | | | |
|             Legal Advisers……………………….………….. | | | |
|             Tax Advisers…………………....……………….. | | | |
|         2. Administrative Expenses | | | |
|         3. Miscellaneous | | | |
|         *Total Plan Development Expenses* | | | |
|     *Line 11b*   *Distribution Plan Implementation Expenses:* | | | |
|         1. Fees: | | | |
|             Fund Administrator…………………....………….. | | | |
|             IDC………………………………….……......…….. | | | |
|             Distribution Agent…………………....………….. | | | |
|             Consultants…………………………....………….. | | | |
|             Legal Advisers……………………….…...……….. | | | |
|             Tax Advisers…………………....……………….. | | | |
|         2. Administrative Expenses | | | |
|         3. Investor Identification: | | | |
|             Notice/Publishing Approved Plan…………….. | | | |
|             Claimant Identification…………………………. | | | |
|             Claims Processing……………………………… | | | |
|             Web Site Maintenance/Call Center…………… | | | |
|         4. Fund Administrator Bond | | | |
|         5. Miscellaneous | | | |
|         6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
|         *Total Plan Implementation Expenses* | | | |
|     **Total Disbursements for Distribution Expenses Paid by the Fund** | | | $ - |
| **Line 12**   **Disbursements to Court/Other:** | | | |
|     *Line 12a*   Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
|     *Line 12b*   Federal Tax Payments | | | |
|     **Total Disbursements to Court/Other:** | | | |
|     **Total Funds Disbursed (Lines 9 – 11):** | | | $ (16,664.61) |
| **Line 13**   **Ending Balance (As of 3/31/2018):** | | | $ 447,149.21 |
| **Line 14**   **Ending Balance of Fund – Net Assets:** | | | |
|     *Line 14a*   *Cash & Cash Equivalents* | | | |
|     *Line 14b*   *Investments* | | | |
|     *Line 14c*   *Other Assets or Uncleared Funds* | | | |
|     **Total Ending Balance of Fund – Net Assets** | | | $ 447,149.21 |

1

03/15/11

**STANDARDIZED FUND ACCOUNTING REPORT - Cash Basis**
SEC v. Christopher Faulkner, et al.; Civil Court Docket No. 3:16-cv-1735-D
**Reporting Period 1/1/2018 - 3/31/2018**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………..………… | | | |
| | IDC…………………………………..…………… | | | |
| | Distribution Agent…………………..…………… | | | |
| | Consultants………………………..…………… | | | |
| | Legal Advisers……………………..…………… | | | |
| | Tax Advisers………………………..…………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………..………… | | | |
| | IDC…………………………………..…………… | | | |
| | Distribution Agent…………………..…………… | | | |
| | Consultants………………………..…………… | | | |
| | Legal Advisers……………………..…………… | | | |
| | Tax Advisers………………………..…………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………… | | | |
| | Claimant Identification…………………….…… | | | |
| | Claims Processing……………………………… | | | |
| | Web Site Maintenance/Call Center……………… | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period…..……………………………………………… | | | |
| Line 18b | # of Claims Received Since Inception of Fund…...…..……………………………………… | | | |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period…..……..……………………………... | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund……….……………………………… | | | |

Receiver:

By: _____
(signature)

Thomas L. Taylor III
(printed name)

Receiver
(title)

Date:   4/18/2018