IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>VS.<br><br>CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ('RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC.<br>    Defendants,<br><br>And<br><br>TAMRA M. FREEDMAN, JETMIR ADMEDI,<br>    Relief Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 3:16-cv-01735-D |

**[PROPOSED] ORDER GRANTING MOTION TO ORDER FROST BANK
TO TURNOVER ASSETS UNDER THE CONTROL OF FROST BANK**

Came on to be heard the Motion of the Receiver, Thomas L. Taylor III (the "Receiver") to Order Frost Bank to Turnover Assets Under the Control of Frost Bank. After reviewing all relevant pleadings and documents, and after hearing arguments of counsel, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

The Court ORDERS Frost Bank to turnover to the Receiver all cash totaling EIGHT HUNDRED FORTY THOUSAND DOLLARS ($840,000) held by Frost Bank relating to the eight (8) cashier's checks identified as follows:

    086009770 ($20,000)-Payable to Carole Faulkner
    086009771 ($20,000)-Payable to Carole Faulkner
    086009772 ($20,000)-Payable to Carole Faulkner
    086009775 ($10,000)-Payable to Carole Faulkner
    086009777 ($700,000)-Payable to C.A. Faulkner
    086009778 ($10,000)-Payable to C.A. Faulkner
    086009779 ($10,000)-Payable to C. A. Faulkner
    086009781 ($50,000)-Payable to C.A. Faulkner

The Court further ORDERS that Frost Bank shall immediately transfer such cash to the Receiver via wire transfer pursuant to the Receiver's instructions.

**SO ORDERED**

_____, 201\_\_

_____
SIDNEY A. FITZWATER
SENIOR JUDGE