IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § § § | |
| CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIQUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC. | § § § § § § § § § § § § § | Case No. 3:16-cv-01735-D |
| Defendants, | § § | |
| And | § § | |
| TAMRA M. FREEDMAN, JETMIR AHMEDI, | § § § § | |
| Relief Defendants. | § | |

**RECEIVER'S EXHIBIT LIST FOR
HEARING ON RECEIVER'S MOTION FOR FINAL JUDGMENT
AND HEARING ON MOTION FOR TURNOVER OF ASSETS**

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1. | Memorandum Opinion and Order on Motion for Contempt dated 2/13/2018 | | |
| 2. | Memorandum Opinion and Order on Motion for Fees and Costs dated 6/7/2018 | | |

| | | | |
|---|---|---|---|
| 3. | Memorandum Opinion and Order on Motion for Sanctions dated 8/3/2018 | | |
| 4. | Memorandum Opinion and Order on Motion for Sanctions dated 11/13/2018 | | |
| 5. | Sales Listing Information for Carole Faulkner Residence | | |
| 6. | State of California Secretary of State filing for First Capital Gold | | |
| 7. | Declaration of Earl Nelson Davenport dated 9/26/2018 | | |
| 8. | Sales Invoice dated 4/27/2018 | | |
| 9. | Sales Invoice dated 4/11/2018 | | |
| 10. | Letter from First Capital Gold to Carole Faulkner | | |
| 11. | Declaration of Carole Faulkner dated 9/26/2018 | | |

Dated:  December 10, 2018            Respectfully submitted,

**DYKEMA GOSSETT PLLC**

*/s/ Edwin J. Tomko*
Edwin J. Tomko
State Bar No. 20117800
etomko@dykema.com
Jason M. Ross
State Bar No. 24027819
jross@dykema.com
**DYKEMA GOSSETT PLLC**
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas  75201
Telephone: (214) 462-6447
Facsimile: (214) 462-6401

**COUNSEL FOR TEMPORARY RECEIVER, THOMAS L. TAYLOR, III**

## CERTIFICATE OF SERVICE

  I certify that on December 10, 2018, I filed the foregoing document through the Court's CM/ECF system, which delivered electronic notice to all counsel of record.

               */s/ Edwin J. Tomko*
               Edwin J. Tomko