# Exhibit 5



Taylor Law Office - SEC vs. Faulkner
Thomas Taylor
245 West 18th Street

Houston, TX  77008

Invoice #: 92603
Invoice Date: 01/02/2019
Due Date: 01/02/2019
Client ID: 42800200

EIN: 76-0356844                                                                                                                          $19,069.25
Forensic accounting professional services rendered October 22, 2018 through
December 31, 2018 in connection with Breitling/Faulkner Receivership

| Staff | Date | Hours\Qty | Comments | Amount |
|---|---|---|---|---|
| Cheek | 10/22/2018 | 1.00 | Instructions to staff, emails, doc requests, set up portal | $350.00 |
| Cheek | 10/23/2018 | 0.50 | Set up portal questions, follow up emails | $237.50 |
| Cheek | 10/24/2018 | 0.70 | internal meetings and call with Kelly, complete portal set up and filing | $332.50 |
| Cheek | 10/29/2018 | 0.30 | call and email with Tom Taylor | $105.00 |
| Cheek | 11/01/2018 | 0.20 | Call with Tom and follow up | $70.00 |
| Cheek | 11/05/2018 | 1.90 | Call with Tom, Call with Ronny, onboard staff | $665.00 |
| Boatcallie | 11/05/2018 | 0.50 | Research for legal filings on Pacer. | $137.50 |
| Boatcallie | 11/05/2018 | 1.17 | Initial meeting with Danielle to discuss case. Initial phone call with IRS agent to coordinate work to be performed. | $321.75 |
| Cheek | 11/06/2018 | 2.40 | Miram meeting, follow up with Chris, emails, court filing reading | $840.00 |
| Boatcallie | 11/06/2018 | 5.92 | Setting up Pacer account for access to legal filings, searches within Pacer for specific legal filings, review of 1st Amended complaint, review of production | $1,628.00 |
| Boatcallie | 11/06/2018 | 1.33 | Meeting with Danielle and Miriam discussing case. | $365.75 |
| Cheek | 11/07/2018 | 1.20 | review filings | $420.00 |
| Boatcallie | 11/07/2018 | 5.70 | Review of Legal Filings, Review of BECC filings with SEC, Review of Production | $1,567.50 |
| Boatcallie | 11/08/2018 | 1.50 | Review of Production | $412.50 |
| Cheek | 11/13/2018 | 0.70 | Call with Ronnie | $245.00 |
| Boatcallie | 11/13/2018 | 1.00 | Call with IRS agent, and discussion with Danielle. | $275.00 |
| Cheek | 11/21/2018 | 0.30 | Status on PBCs and next steps | $105.00 |
| Cheek | 11/28/2018 | 0.50 | status matters and call | $175.00 |
| Boatcallie | 11/28/2018 | 1.00 | Review of production. | $275.00 |
| Cheek | 11/29/2018 | 0.50 | Status and review | $175.00 |
| Boatcallie | 11/29/2018 | 5.00 | Review of production, Discussions with Danielle, Data analysis. | $1,375.00 |
| Boatcallie | 11/30/2018 | 3.20 | Analyzing production data. | $880.00 |

Pannell Kerr Forster of Texas, P.C.                                                                    Page 2 of 2

| | | | | |
|---|---|---|---|---:|
| Boatcallie | 12/03/2018 | 7.50 | Review of production and research into investors. | $2,062.50 |
| Cheek | 12/04/2018 | 1.00 | Status and follow up email, call with client | $350.00 |
| Boatcallie | 12/04/2018 | 2.00 | Review of production, discussion with Danielle. | $550.00 |
| Cheek | 12/05/2018 | 0.60 | Review CB work and email | $210.00 |
| Boatcallie | 12/05/2018 | 3.00 | Discussion with Danielle, Review of production. | $825.00 |
| Boatcallie | 12/06/2018 | 1.00 | Discussion with Danielle, Review of production. | $275.00 |
| Boatcallie | 12/07/2018 | 3.20 | Review of production. | $880.00 |
| Cheek | 12/10/2018 | 0.70 | call with Kelly and status | $245.00 |
| Boatcallie | 12/10/2018 | 6.70 | Review of legal filings, offering memoranda, and other production. | $1,842.50 |
| Cheek | 12/19/2018 | 1.00 | Internal status and client call, emails | $350.00 |
| Boatcallie | 12/19/2018 | 0.20 | Phone call with attorney and Danielle. | $68.75 |
| Cheek | 12/20/2018 | 0.50 | Meeting with Nikki | $175.00 |
| Boatcallie | 12/20/2018 | 0.50 | Meeting with Danielle & tax department to discuss client. | $137.50 |
| Cheek | 12/21/2018 | 0.20 | client communications | $70.00 |
| Cheek | 12/31/2018 | 0.20 | Status call | $70.00 |

Amount Due     $19,069.25

INVOICES ARE DUE AND PAYABLE UPON RECEIPT-Invoices are considered past due 30 days after the due date.  A late fee of 18% per annum will be assessed on all past due invoices.
Please remit payment by ACH or Wire Transfer to:
Amegy Bank of Texas            ABA(Routing#):113011258
1717 West Loop South           Acct# 51301594
Houston, TX 77027-3048         SWIFT:ZFNBUS55 (Swift Bank Name: ZB, N.A.)
If paying by check, send to the address at the top of this page.  REMINDER:  Credit Card payments may incur a convenience fee.  Please contact our accounting department.
Any questions regarding invoice amounts should be directed to the engagement Director within 10 days of invoice date.