# Exhibit 7

**STANDARDIZED FUND ACCOUNTING REPORT - Cash Basis**
SEC v. Christopher Faulkner, et al.; Civil Court Docket No. 3:16-cv-1735-D
Reporting Period 10/1/2018 - 12/31/2018

| | FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | **Beginning Balance (As of 10/1/2018):** | | | $ 117,245.59 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | | | $ 56,487.28 |
| Line 3 | **Cash and Securities** | | | $ 795,247.77 |
| Line 4 | **Interest/Dividend Income** | | | |
| Line 5 | **Business Asset Liquidation** | | | |
| Line 6 | **Personal Asset Liquidation** | | | $ 52,000.00 |
| Line 7 | **Third-Party Litigation Income** | | | |
| Line 8 | **Miscellaneous - Other (Excess w/d payments)** | | | |
| | **Total Funds Available (Lines 1 – 8):** | | | $ 1,020,980.64 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | $ (85,668.40) |
| Line 10b | *Business Asset Expenses* | | | $ (15,313.56) |
| Line 10c | *Personal Asset Expenses* | | | $ (330.70) |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | $ (1,887.72) |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | | | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………..……………… | | | |
| | Independent Distribution Consultant (IDC)……. | | | |
| | Distribution Agent…………………..……………… | | | |
| | Consultants……………………………..…………… | | | |
| | Legal Advisers………………………..…………… | | | |
| | Tax Advisers………………………………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………..…………….. | | | |
| | IDC………………………………………….........…… | | | |
| | Distribution Agent…………………..……………… | | | |
| | Consultants……………………………..…………… | | | |
| | Legal Advisers………………………..…………… | | | |
| | Tax Advisers………………………………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………….. | | | |
| | Claimant Identification……………………………. | | | |
| | Claims Processing……………………………….… | | | |
| | Web Site Maintenance/Call Center…………….. | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | $ - |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | | | $ (103,200.38) |
| Line 13 | **Ending Balance (As of 12/31/2018):** | | | $ 917,780.26 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | | | |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 917,780.26 |

1

03/15/11

**STANDARDIZED FUND ACCOUNTING REPORT - Cash Basis**
SEC v. Christopher Faulkner, et al.; Civil Court Docket No. 3:16-cv-1735-D
Reporting Period 10/1/2018 - 12/31/2018

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………..………… | | | |
| | IDC……………………………………..…………. | | | |
| | Distribution Agent…………………..…………… | | | |
| | Consultants………………………….…………… | | | |
| | Legal Advisers…………………………………… | | | |
| | Tax Advisers…………………………..………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………….... | | | |
| | IDC……………………………………….....……. | | | |
| | Distribution Agent……………………………… | | | |
| | Consultants……………………………...……… | | | |
| | Legal Advisers…………………………………… | | | |
| | Tax Advisers……………………………..……… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…………….. | | | |
| | Claimant Identification…………………………. | | | |
| | Claims Processing……………………………… | | | |
| | Web Site Maintenance/Call Center…………… | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period…..………………………………………………………* | | | |
| Line 18b | *# of Claims Received Since Inception of Fund…...…..……………………………………………* | | | |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period…..…...…………………………………...* | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund………..…………………………………* | | | |

Receiver:

By: _____
(signature)

Thomas L. Taylor III
(printed name)

Receiver
(title)

Date: ____1/31/2018__