# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, Plaintiff, | § § § § § | Case No.: 3:16-cv-01735-D |
| v. | § § | |
| **CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC.**, Defendants, | § § § § § § § § § § § § § | |
| and | § § | |
| **TAMRA M. FREEDMAN and JETMIR AHMEDI**, Relief Defendants. | § § § | |

**PROPOSED ORDER APPROVING FIFTH APPLICATION TO PAY FEES INCURRED BY THE RECEIVER FOR QUARTER ENDING DECEMBER 31, 2018**

Before the Court is the Motion for Order Approving Fifth Application to Pay Fees Incurred By the Receiver for Quarter Ending December 31, 2018 ("Motion"). Having considered the Motion; all responses, objections and replies thereto, if any; the evidence presented; and arguments of counsel; the Court is of the opinion that the Motion should be and is hereby **GRANTED** in all respects.

The Court finds that with respect to the amounts approved for immediate payment set forth below, the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver and his retained professionals during the time periods covered by the above-referenced Fee Application, were reasonable and necessary for the Receiver to perform his Court-ordered duties.

It is therefore **ORDERED** that:

The Motion for Order Approving Fifth Application to Pay Fees Incurred By the Receiver for Quarter ending December 31, 2018 is **GRANTED** in all respects. The Court authorizes Receiver to make the following payments from the Receivership Estate: (1) $78,128.00 to The Taylor Law Offices, P.C.; (2) $32,963.27 to Dykema Gossett PLLC; (3) $14,005.00 to Ballard & Littlefield; (4) $15,335.20 to Goforth; (5) $19,069.25 to PKF; and (6) $1,732.50 to Veritas

Signed this _____ day of _____, 2019.

                                                                            _____
                                                                            SIDNEY A. FITZWATER
                                                                            UNITED STATES DISTRICT JUDGE