To: Clerk of Honorable Judge Fitzwater
Presiding Judge of the U.S. District Court
Northern District of Texas Dallas Division
1100 Commerce Street, Room 1528
Dallas, Texas 75242-1003



RE: **SEC v. FAULKNER et al: Case No. 3:16-cv-01735-D**

This request is brought by defendant, Christopher A. Faulkner in Case No. 3:16-cv-01735-D which is pending in this court. Mr. Lawrence Friedman and Mr. Carter Boisvert currently receive all pleadings and filings on behalf of myself, since I am representing myself pro-se I need the filings and to be kept updated on this case. During the last year I have requested and instructed both Mr. Friedman and Mr. Boisvert of the Friedman & Feiger law firm located at 5301 Spring Valley Rd., Suite 200, Dallas, TX 75254 that upon receipt of any of the filings relating to this case including pleadings they are to be forwarded to me at my current location. They have refused and continue to refuse to provide me with any of the filings in this case nor keep me updated in any manner. Therefore, please add me to the mailing and service list for all filings and notices relating to this case. These documents are to be mailed to me with my FCI number 76501-112 marked on the envelope at my current address listed as follows:

**Christopher A. Faulkner
FCI number 76501-112
P.O. Box 9000
Seagoville, TX 75159**

DATED: April 16, 2019

Respectfully requested,

SIGNATURE _____
Defendant's Name: Christopher A. Faulkner
FCI #76501112
P.O. Box 9000
Seagoville, TX 75159
pro-se Defendant



NORTH TEXAS TX PSDC
DALLAS TX 750
19 APR 2019 PM 5 L

CHRISTOPHER FAULKNER
FCI #76501112
P.O. BOX 9000
SEAGOVILLE, TX 75159



RECEIVED
APR 22 2019

Clerk of Honorable Judge Fitzwater
Presiding Judge of the U.S. District Court
Northern District of Texas Dallas Division
1100 Commerce Street, Room 1528
Dallas, Texas 75242-1003

RE: **SEC v. FAULKNER et al: Case No. 3:16-cv-**

75242–103578