UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES EXCHANGE AND COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FAULKNER, et.al.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No.: 3:16-cv-01735D<br>§<br>§<br>§<br>§<br>§ |

## RECEIVER'S NOTICE OF RECEIPT OF FUNDS FROM CAROLE FAULKNER

Receiver Thomas L. Taylor III (the "Receiver") notifies the Court that on June 24, 2019, he received a wire transfer in the amount of $128,132.00 from Carole Faulkner. This amount is materially sufficient to cover both the award of $118,090.52 under the Court's Order of Contempt (Doc. No. 397) and the separate award of $10,045.50 in sanctions (Doc. No. 336).

| | |
|---|---|
| Dated: July 1, 2019 | Respectfully submitted,<br><br>**DYKEMA GOSSETT PLLC**<br><br>*/s/ Jason M. Ross*<br>Edwin J. Tomko<br>State Bar No. 20117800<br>etomko@dykema.com<br>Jason M. Ross<br>State Bar No. 24027819<br>jross@dykema.com<br><br>Comerica Bank Tower<br>1717 Main Street, Suite 4200<br>Dallas, Texas 75201<br>Telephone: (214) 462-6447<br>Facsimile: (214) 462-6401<br><br>**COUNSEL FOR TEMPORARY RECEIVER, THOMAS L. TAYLOR, III** |

## **CERTIFICATE OF SERVICE**

I certify that on July 1, 2019, I filed the foregoing document through the Court's CM/ECF system, which delivered electronic notice to all counsel of record, and served all Respondents who had not appeared.

*/s/ Jason M. Ross*
Jason M. Ross