# Exhibit 4



Pannell Kerr Forster of Texas, P.C.
CPAs & Professional Advisors
5847 San Felipe St., Suite 2600
Houston, Texas 77057-3000
Main: (713) 860-1400
Fax: (713) 355-3909
www.pkftexas.com

Taylor Law Office - SEC vs. Faulkner
Thomas Taylor
245 West 18th Street

Houston, TX  77008

*Invoice #:* 95875
*Invoice Date:* 10/02/2019
*Due Date:* 10/02/2019
*Client ID:* 42800200

EIN: 76-0356844 Forensic accounting professional services rendered July 1, 2019 through September 30, 2019 in connection with Breitling/Faulkner Receivership     $2,835.00

| Staff | Date | Hours\Qty | Comments | Amount |
|---|---|---|---|---|
| Boatcallie | 07/11/2019 | 0.50 | Meeting with Danielle over scope of document request from SEC data. | $137.50 |
| Cheek | 07/22/2019 | 0.30 | Status with CB | $105.00 |
| Boatcallie | 08/12/2019 | 0.50 | Call and correspondence with client. | $137.50 |
| Boatcallie | 08/13/2019 | 4.50 | Review of production from IRS and correspondence with client. | $1,237.50 |
| Cheek | 08/26/2019 | 0.70 | Call with Taylor Law and follow up | $262.50 |
| Boatcallie | 08/26/2019 | 1.20 | Conference call with attorney, discussion with Danielle, and downloading court filings. | $330.00 |
| Boatcallie | 08/27/2019 | 1.50 | Review of court filings and plan of distribution. | $412.50 |
| Cheek | 09/12/2019 | 0.10 | data in matters | $37.50 |
| Boatcallie | 09/13/2019 | 0.50 | Download of SEC production and discussion with Danielle. | $137.50 |
| Cheek | 09/13/2019 | 0.10 | Status and planning with CB | $37.50 |

Amount Due     $2,835.00

Pannell Kerr Forster of Texas, P.C.

INVOICES ARE DUE AND PAYABLE UPON RECEIPT-Invoices are considered past due 30 days after the due date.  A late fee of 18% per annum will be assessed on all past due invoices.
Please remit payment by ACH or Wire Transfer to:
Amegy Bank of Texas            ABA(Routing#):113011258
1717 West Loop South           Acct# 51301594
Houston, TX 77027-3048         SWIFT:ZFNBUS55 (Swift Bank Name: ZB, N.A.)
If paying by check, send to the address at the top of this page.  REMINDER:  Credit Card payments may incur a convenience fee.  Please contact our accounting department.
Any questions regarding invoice amounts should be directed to the engagement Director within 10 days of invoice date.