IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE              §
COMMISSION,                          §
                                     §
                    Plaintiff,       §
                                     §  Civil Action No. 3:16-CV-1735-D
VS.                                  §
                                     §
CHRISTOPHER A. FAULKNER, et al.,     §
                                     §
                    Defendants.      §

## ORDER

On February 10, 2020 the court entered an order granting the unopposed joint motion to stay the case as to defendants Hallam, Miller, and Handkins, pending a decision by the Supreme Court of the United States in *Liu v. SEC*. On February 21, 2020 the court superseded its February 10, 2020 order. On June 22, 2020 the Supreme Court decided *Liu v. SEC*, ___ U.S. ___, 2020 WL 3405845 (2020).

Accordingly, the court lifts the stay entered on February 10, 2020 and superseded on February 21, 2020.

A response in opposition to plaintiff's January 24, 2020 motion for remedies and motion for final judgments as to defendants Parker R. Hallam, Dustin Michael Miller Rodriguez, and Beth C. Handkins must be filed no later than September 7, 2020. Plaintiff must file a reply to a response no

later than September 21, 2020.

**SO ORDERED**.

July 6, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE