IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| v.  § § | Case No.: 3:16-cv-01735-D |
| CHRISTOPHER A. FAULKNER, § | |
| BREITLING ENERGY CORPORATION, § | |
| JEREMY S. WAGERS, § | |
| JUDSON F. ("RICK") HOOVER, § | |
| PARKER R. HALLAM, § | |
| JOSEPH SIMO, § | |
| DUSTIN MICHAEL MILLER RODRIGUEZ, § | |
| BETH C. HANDKINS, § | |
| GILBERT STEEDLEY, § | |
| BREITLING OIL & GAS CORPORATION, § | |
| CRUDE ENERGY, LLC, § | |
| PATRIOT ENERGY, INC., § § | |
| Defendants, § § | |
| and § § | |
| TAMRA M. FREEDMAN and § | |
| JETMIR AHMEDI, § § | |
| Relief Defendants. § § | |

**PLAINFIFF SECURITIES AND EXCHANGE COMMISSION'S THIRD
AMENDED STATUS REPORT REGARDING STATUS OF
NEGOTIATIONS AND TIMELINE TO FILE MOTIONS FOR REMEDIES**

Plaintiff Securities and Exchange Commission ("Commission") files this Third Amended Status Report Regarding Status of Negotiations and Timeline to File Motions for Remedies, and respectfully shows the Court as follows:

1.    On April 8, 2021, the Commission filed its Second Amended Status Report Regarding Status of Negotiations and Timeline to File Motions for Remedies. *See* Dkt. No. 590. In that status report, the Commission stated, "if counsel for the Commission and [Defendant Gilbert] Steedley preliminarily agree on terms to resolve the remaining claims against him, the Commission will file a notice to apprise the Court." *Id.* at ¶ 8.

2.    The Commission now reports to the Court that Steedley has submitted a settlement offer that would resolve the Commission's claims against him, and Counsel for the Commission intends to recommend that the Commission accept these settlement terms. If the Commission approves the settlement recommendations as to Steedley, counsel for the Commission will move the Court to enter the appropriate order and/or judgment. Alternatively, if the Commission does not accept the offer, counsel for the Commission will promptly notify the Court.

Dated: May 20, 2021                                Respectfully submitted,

                                                                  */s/ Jason P. Reinsch*
                                                                  B. DAVID FRASER
                                                                  Texas Bar No. 24012654
                                                                  Lead Attorney
                                                                  SCOTT F. MASCIANICA
                                                                  Texas Bar No. 24072222
                                                                  TIMOTHY S. McCOLE
                                                                  Mississippi Bar No. 10628
                                                                  JASON REINSCH
                                                                  Texas Bar No. 24040120

                                                                  Burnett Plaza, Suite 1900
                                                                  801 Cherry St., Unit #18
                                                                  Fort Worth, TX 76102-6882
                                                                  (817) 900-2601 (JR phone)
                                                                  (817) 978-4927 (fax)
                                                                  ReinschJ@sec.gov
                                                                  FraserB@sec.gov
                                                                  MascianicaS@sec.gov
                                                                  McColeT@sec.gov

                                                                  ATTORNEYS FOR PLAINTIFF SECURITIES
                                                                  AND EXCHANGE COMMISSION

## **CERTIFICATE OF SERVICE**

I affirm that on May 20, 2021, I electronically filed the foregoing Status Report with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, constituting service as provided in LR 5.1 (d).

I further certify that on May 20, 2021, I served a true and correct copy of the foregoing document on the following parties and persons entitled to notice that are non-CM/ECF participants:

Alex More (Requested e-mail service only)
Carrington Coleman
901 Main St., Suite 5500
Dallas, TX 75202
amore@CCSB.com
*Counsel for Defendant Gilbert R. Steedley*

                                           */s/ Jason P. Reinsch*
                                           Jason P. Reinsch