# Exhibit 1

# INVOICE

The Taylor Law Offices, P.C.
245 West 18th Street
Houston, Texas 77027
713.626.5300 (Tel.)
402.6154 (Fax)

Tax I.D. #27-2449812

Invoice Date: February 10, 2021

Regarding: *S.E.C. v. Christopher A. Faulkner, Breitling Energy Corporation, Jeremy S. Wagers, Judson F. Hoover, Parker R. Hallam, Joseph Simo, Dustin Michael Miller Rodriguez, Beth C. Handkins, Gilbert Steedley, Breitling Oil & Gas Corporation, Crude Energy, LLC, Patriot Energy, Inc.;* Civil Action No. 3:16-cv-1735-D in the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through: January 30, 2021

Total Professional Services  $ 20,215.00

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 1/4/2021 | TLT | 4.4 | Review pleadings in Taylor v. Trevino, attention to status and possible settlement (.6); review documents and conference call re work necessary to correct title to invalidated royalty interests (1.3); review correspondence re re-capture of funds in suspense and responses to TLT correspondence (.5); review draft of the TLT Affidavits of Fact to be recorded in counties and correspondence with counsel re same (.8); review correspondence from opposing counsel re discovery of claims process documents, review memo from Receiver's counsel in same and conference re Rothstein Kass discovery of claims documents and communications with investors (1.2). |
| 1/5/2021 | TLT | 1.4 | Review and execute mediation agreement (.2); review correspondence from Receiver's counsel re Rothstein Kass discovery and conference with counsel re same (.7); review correspondence re compliance with Receiver's demand for revenue held with operators (.2); correspondence with R. Foti re operators who have Receivership in pay and conference re same (.3). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 1/6/2021 | TLT | 2 | Correspondence with counsel and conferences re production of Receiver's communications with SEC and re Office of General Counsel position re same, telephone conference with OGC re same (.5); review correspondence with AUSA re additional assets subject to seizure/respond and telephone conference re turnover to Receivership Estate (.3); review PKF memo re compliance with Rothstein Kass discovery and work product issues and respond, conference with counsel re same (.5); review letter from Receiver's counsel re document production and response (.2); correspondence and telephone conference with Receiver's counsel re procedure for compliance with Rothstein Kass discovery, access to PKF communications with investors (.5). |
| 1/6/2021 | KAC | 1.7 | Cull SEC emails for production to Rothstein Kass. |
| 1/7/2021 | TLT | 3.1 | Correspondence/telephone conference with Receiver's counsel re compliance with Rothstein Kass discovery (.2); review Receiver's communications with SEC Staff re possible production in *Rothstein Kass* and conference with KAC re same (1.7); review correspondence re producers' compliance with Receiver's subpoena (.3); review pleadings in *Taylor v. Trevino* and conference re same (.4); emails and draft instructions to PKF re response to discovery (.2); review D. Supkis-Cheek memo re mechanic of production/withholding and respond, telephone conference with counsel re same (.3). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 1/8/2021 | TLT | 3.8 | Review and approve Stipulation and Order re scheduling in Taylor v. Rothstein Kass and conference with counsel re same (.3); review correspondence re producers' compliance with Receiver subpoena and respond (.3); review SEC correspondence re Receiver's collection of disgorgement amounts ordered in Final Order/Judgment (.1); review status of Receiver's response to MSJ in Taylor v. Rothstein Kass/draft and revise TLT declaration for same and conference re same (1.8); telephone conference and memo from counsel re Receiver's position on tolling/review earlier communications with Paul Hastings re tolling issues and conference with counsel re history of written and oral communications with Paul Hastings re tolling (1.3). |
| 1/10/2021 | TLT | 2.7 | Review and comment re draft of Receiver's response to Rothstein Kass MSJ, telephone conference with counsel re same (2.2); review memo from counsel re issues for MSJ and for mediation/response (.5). |
| 1/11/2021 | TLT | 1.9 | Review draft discovery requests in *Taylor v. Trevino*, conference call re same (.3); review counsel email re TLT declaration and respond (.2); review and approve Receiver's mediation statement (*Rothstein Kass*), email and conference with counsel re same (.7); edit TLT declaration for Opposition to MSJ and transmit to counsel, finalize and execute (.8); review correspondence with mediator in *Rothstein Kass* (.1). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 1/12/2021 | TLT | 1.2 | Review asset purchase offer (.1); review correspondence/documents re Scheef & Stone settlement, conference with counsel re same, respond (.3); review and approve for filing Receiver's response to Rothstein Kass MSJ (.8). |
| 1/13/2021 | TLT | 0.8 | Correspondence re Scheef & Stone settlement; attention to production of Taylor/SEC correspondence to Rothstein Kass; review correspondence with Tostrud and proposed order. |
| 1/14/2021 | TLT | 2.9 | Review Paul Hastings memo re striking Receiver's expert opinion (Solomon), email from counsel and telephone conference with counsel re same, review Solomon opinion and testimony (1.6); review correspondence between counsel/Paul Hastings re insurance coverage remaining/response to interrogatories (.3); attention to Affidavits of Fact to be recorded re royalty interests, correspondence with oil and gas counsel re same (.7); review correspondence between R. Foti and oil and gas counsel (.1); emails to/from counsel re Paul Hastings position on settlement (.2). |
| 1/15/2021 | TLT | 1 | Attention to closing Scheef & Stone settlement/order approving/conference with counsel re same (.4); review correspondence between Receiver's counsel and Paul Hastings re proposed motion to designate responsible parties and conference with counsel re same (.3); review and approve Castillo Snyder expenses and review distributions for expenses by Receivership Estate to date (.2); emails re closing of Scheef & Stone settlement (.1). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 1/16/2021 | TLT | 0.1 | Email re proposed Rothstein Kass motion. |
| 1/18/2021 | TLT | 0.5 | Correspondence with AUSA re transfer of additional seized assets; review D. Supkis Cheek memo re protocols for production of claims data to Rothstein Kass and conference re same. |
| 1/19/2021 | TLT | 1.1 | Attention to PKF production of claims data to Rothstein Kass and correspondence re same (.2); review correspondence between counsel re Rothstein Kass insurance coverage (.1); review Rothstein Kass motion to strike Receiver's expert witness testimony re damages and appendix and email with counsel re same (.7); review proposed order (.1). |
| 1/20/2021 | TLT | 4.9 | Review Rothstein Kass motion to designate responsible parties and conference call with counsel re same (.2); conference call with counsel re Rothstein Kass motion to strike Solomon (.2), attend Zoom mediation and conferences with counsel re same (4.5). |
| 1/21/2021 | TLT | 2.1 | Review Reply Brief in *Taylor v. Trevino* and email re same (.3); attention to PKF production of claims data to Paul Hastings and emails re same (.2); review memo from Solomon re damages and correspondence from counsel re same (.4); attention to Bar Order issue and research re same, review correspondence with Rothstein Kass counsel re same, conference with Receiver's counsel re same (1.2). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 1/22/2021 | TLT | 1.3 | Review memo from counsel re Bar Order and conference re same/review Fifth Circuit decision re Bar Order in Lynn, Fifth Circuit case (1.2); conference re resumption of mediation (.1). |
| 1/25/2021 | TLT | 0.5 | Attention to royalty interest title work/status, schedule conference call re same, email from oil and gas counsel re same. |
| 1/26/2021 | TLT | 0.9 | Review correspondence/documents and telephone conference with counsel re rescheduling of all dates in anticipation of mediation; Review Mattson transactions and emails from R. Foti re same, conference with KAC re same, review additional documents. |
| 1/27/2021 | TLT | 0.8 | Attention to correspondence re mediation/payment for second session; attention to payment of Castillo Snyder invoices; review settlement status for Scheef & Stone settlement, payment for counsel; review stipulation re document production and scheduling order; attention to Hoggatt transaction, emails and memo from R. Foti; review Order in Rothstein Kass. |
| 1/27/2021 | KAC | 0.4 | Attention to Affidavits to invalidate conveyances; emails from R. Foti re Hoggatt/Mattson. |
| 1/29/2021 | TLT | 0.2 | Review R. Foti memo re conveyances necessary for sale and transaction with Lighthouse and conference re same. |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 1/6/2021 | TLT | 1 | Review and approve payment of invoices (.1); Review correspondence from counsel for taxing authorities and response (.3); review memo from R. Foti re Carrizo/Gaston taxes (.1); review Dorchester Resources correspondence re compliance and conference re same (.3); review W. Walker correspondence re claim and response (.2). |
| 1/7/2021 | TLT | 0.1 | Correspondence from W. Walker. |
| 1/8/2021 | TLT | 0.2 | Review USDC Order in enforcement action (P. Hallam, et al.), review Final Judgement. |
| 1/11/2021 | TLT | 0.6 | Review PKF status report re claims process and conferences re same; review invoice (Sprouse Shrader). |
| 1/13/2021 | TLT | 0.2 | Review correspondence re entities in Receivership. |
| 1/13/2021 | KAC | 2 | Attention to Dykema invoicing issue (.3); attention to investor calls/emails (1.5); attention to notional claim letter (crone) (.2). |
| 1/15/2021 | TLT | 0.5 | Review PKF status report on claims process and conference re same; review correspondence and documents  from Enterprise Crude re payments to Receivership Estate. |
| 1/18/2021 | TLT | 0.2 | Review memo from PKF re claims issues and conference re same. |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 1/18/2021 | KAC | 1.6 | Respond to investor inquiries; email to C. Boatcallie re claims procedures. |
| 1/19/2021 | TLT | 3.4 | Review correspondence from IRA administrator re response to subpoena and conference re same (.2); prepare for mediation and review Rothstein Kass MSJ and response of Receiver, review expert testimony, conference with counsel re mediation (3.2). |
| 1/21/2021 | KAC | 0.4 | Respond to investor inquiry; email with Midland IRA re document production; email to PKF re claims procedures. |
| 1/25/2021 | TLT | 0.6 | Conference call re claims process status and follow up, review of claims spreadsheets. |
| 1/25/2021 | KAC | 1.4 | Telephone conference with C. Boatcallie re claims process (spreadsheet maintenance, objections to notional amounts, etc.) (.2); telephone conference with R. Foti re Mattson matter, Gaston Kearby issue, invalidation of conveyances (.4); telephone conference with Receiver and PKF re status of claims process, email to C. Boatcallie re Advanta IRA clients (.5); telephone conference with Receiver and EnergyNet (.3). |
| 1/27/2021 | TLT | 0.5 | Correspondence with Receivership accountant re 1099s and re Receivership return/conference with KC re same. |
| 1/27/2021 | KAC | 0.3 | Respond to investors inquiries. |

| Status Reports | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 1/4/2021 | TLT | 0.5 | Draft Status Report for Q4/edit insert re title issues. |
| 1/6/2021 | TLT | 2.8 | Review inserts to Q1 Status Report, draft Status Report, review attachments to same, approve for filing (2.8). |
| 1/6/2021 | KAC | 2 | Attention to Status Report and inserts, draft Receipts and Disbursements exhibit. |

| TIME SUMMARY | | | |
|---|---|---|---|
| NAME | HOURS | RATE | TOTAL |
| Thomas L. Taylor III | 48.2 | $ 395.00 | $ 19,039.00 |
| Kelly A. Cornelison | 9.8 | $ 120.00 | $ 1,176.00 |
| TIME SUMMARY TOTAL | | | **$ 20,215.00** |

# INVOICE

The Taylor Law Offices, P.C.
245 West 18th Street
Houston, Texas 77027
713.626.5300 (Tel.)
402.6154 (Fax)

Tax I.D. #27-2449812

Invoice Date: March 10, 2021

Regarding: *S.E.C. v. Christopher A. Faulkner, Breitling Energy Corporation, Jeremy S. Wagers, Judson F. Hoover, Parker R. Hallam, Joseph Simo, Dustin Michael Miller Rodriguez, Beth C. Handkins, Gilbert Steedley, Breitling Oil & Gas Corporation, Crude Energy, LLC, Patriot Energy, Inc.;* Civil Action No. 3:16-cv-1735-D in the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through: February 28, 2021

Total Professional Services  $ 11,309.00

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 2/1/2021 | TLT | 1.9 | Review correspondence re Lighthouse transaction (.1); review Defendants' discovery requests in *Taylor v. Trevino*, email re same (.3); attention to Affidavits of Fact/filing/title work and correspondence with oil and gas counsel (1.2); review correspondence, emails re Terzan (.2); emails re rescheduled mediation (.1). |
| 2/1/2021 | KAC | 1.1 | Notarize Affidavits of Fact for invalidation of Royalty Interests (.7); respond to investor inquiries (.2); attention to W9 for 1099s to vendors, emails with accountants re same (.2). |
| 2/2/2021 | TLT | 1.6 | Review Agreement, Motion, Order re Scheef & Stone settlement, review memo from counsel re same (1.2); Review Memo Opinion & Order in *Taylor v. Trevino*, review email from counsel re same (.4). |
| 2/3/2021 | TLT | .4 | Review correspondence and spreadsheet re payment of expenses in Scheef & Stone, emails re same (.5). |
| 2/3/2021 | KAC | 0.6 | Attention to Affidavits of Fact for invalidation of royalty interests; email to counsel re payment of fees from Scheef and Stone settlement and calculate same. |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 2/4/2021 | TLT | 0.8 | Review email form counsel re "increased liability" damages and review Fifth Circuit opinion re same, review Notice of supplemental authority, conference re same. |
| 2/8/2021 | TLT | 3.7 | Draft and revise TLT declaration re Motion to strike Solomon and review and approve draft Receiver's opposition, conference with counsel re same (1.7); attention to preparation of royalty interests for sale/review R. Foti emails/documents re same (1.2); attention to draft conveyance and conference re same (.8). |
| 2/9/2021 | TLT | 1.2 | Attention to final expenses/fee payment for Scheef & Stone (.2); review and approve stipulation (.1); review brief and appendix in opposition to Rothstein Kass motion to Strike (Daubert) Solomon testimony (.8); review order (.1). |
| 2/10/2021 | TLT | 1.6 | Prepare for continued mediation and conference re same. |
| 2/11/2021 | TLT | 4.8 | Attend Zoom mediation of Taylor v. Rothstein Kass and conferences with counsel re same, review and approve memo of settlement, email from Judge Kaplan. |
| 2/12/2021 | TLT | 1.1 | Review T. Zaccaro memo re settlement and counsel's response, conference re same (.8); review T. Zaccaro response to counsel and counsel's response (.2); review Judge Kaplan summary filed with USDC (.1). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 2/19/2021 | TLT | 0.4 | Review status of title work/email with EnergyNet re same, schedule conference call. |
| 2/22/2021 | TLT | 0.8 | Prepare for conference call re invalidation procedures (royalty interests); conference call with oil and gas counsel and EnergyNet, conference call with KAC and R. Foti. |
| 2/22/2021 | KAC | 0.5 | Call with EnergyNet, Receiver, R. Foti, and counsel re status of invalidating conveyances. |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 2/1/2021 | TLT | 0.1 | Review status email from D. Supkis Cheek. |
| 2/3/2021 | TLT | 0.3 | Review and approve PKF invoices; attention to response to subpoena to Midland IRA. |
| 2/3/2021 | KAC | 0.4 | Email to C. Boatcallie re open items; email to Receiver detailing status of calculation of Notional Amounts; email to Midland Trust re production of statements, respond to R Foti email. |
| 2/5/2021 | TLT | 0.5 | Review memo re North Dakota assets and documents re same; review Petro Hunt response re suspense funds and email from R. Foti re same. |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 2/8/2021 | TLT | 0.1 | Review and approve Sprouce Shrader invoice. |
| 2/8/2021 | KAC | 1.2 | Cull claim objections and upload to PKF share file site; email to C. Boatcallie re same and re management of claims spreadsheet; email to C. Boatcallie re retrieving document submissions for certain investors; attention to investor inquiries. |
| 2/10/2021 | TLT | 0.2 | Review PKF memos re status of claims process. |
| 2/10/2021 | KAC | 3.6 | Attention to claims (no notional amount but submitted docs) sent from C. Boatcallie; review Receivership records re same. |
| 2/16/2021 | TLT | 0.3 | Review emails re ad valorem taxes/respond; review Hawkwood response to 12/17 letter. |
| 2/22/2021 | TLT | 0.6 | Attention to tax payments, emails and conference call re same; review correspondence re Midland response to subpoena; review correspondence re Gaston Kerby and tax issues; review R. Foti emails re Rale Oil Inc. |
| 2/22/2021 | KAC | 3.2 | Attention to incoming mail (bankruptcy notices) (.5); attention to payables (claims administration) (.1); review email from C. Perry and call to Chambers tax office re same (.2); email to Receiver re same (.1); attention to investor inquiries (.1); attention to claims (submissions with no notional amounts) (2.2). |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 2/23/2021 | TLT | .9 | Review correspondence/documents re Callon Petroleum/Gaston Kearby and conference re same ; review correspondence and claim info re tax authorities represented by Linebarger, research re same; attention to Midland IRA documents. |
| 2/24/2021 | TLT | 1.7 | Email from R. Foti re Gaston conveyances (.1); email with PKF, review PKF weekly status report and conference re same (.7); email and conference call re calculation of shareholder losses, attention to shareholder calculation (.8); email from R. Foti and attention to division orders (.1). |
| 2/24/2021 | KAC | 3.8 | Meeting with Receiver re confirming claims lacking documentation (.3); email to C. Boatcallie re same (.2); telephone conferences with investors (1.4); confer with K. Leverance re next steps for claims spreadsheets (.5); attention to division orders (.3); emails with C. Boatcallie re shareholder claims (1.1). |
| 2/25/2021 | TLT | 0.6 | Review memo from PKF re IRA accounts/documents and conference re same; attention to correspondence re producers placing accounts in suspense. |
| 2/25/2021 | KAC | 1.5 | Combine spreadsheets for known investors for purpose of client list search (.7); create claim numbers for No submission_No Notional claim investors and email to C. Boatcallie re same (.3); telephone conference with Rale Oil and draft letter re releasing funds in suspense (.5). |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 2/26/2021 | TLT | 0.2 | Email from PKF re IRA accounts. |

| TIME SUMMARY | | | |
|---|---|---|---|
| NAME | HOURS | RATE | TOTAL |
| Thomas L. Taylor III | 23.8 | $ 395.00 | $ 9,401.00 |
| Kelly A. Cornelison | 15.9 | $ 120.00 | $ 1,908.00 |
| TIME SUMMARY TOTAL | | | **$ 11,309.00** |

# INVOICE

The Taylor Law Offices, P.C.
245 West 18th Street
Houston, Texas 77027
713.626.5300 (Tel.)
402.6154 (Fax)

Tax I.D. #27-2449812

Invoice Date: April 10, 2021


Regarding: *S.E.C. v. Christopher A. Faulkner, Breitling Energy Corporation, Jeremy S. Wagers, Judson F. Hoover, Parker R. Hallam, Joseph Simo, Dustin Michael Miller Rodriguez, Beth C. Handkins, Gilbert Steedley, Breitling Oil & Gas Corporation, Crude Energy, LLC, Patriot Energy, Inc.;* Civil Action No. 3:16-cv-1735-D in the United States District Court for the Northern District of Texas, Dallas Division


For Professional Services Rendered Through: March 31, 2021


Total Professional Services  $ 25,973.50

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/1/2021 | TLT | 3.2 | Attention to Rothstein Kass settlement/emails with counsel and review Mediator term sheet (.8); review email from EnergyNet (.1); attention to title work, emails to and from counsel, review status of recording (.5); review correspondence with Sibley re recording (.2); review final draft of Rothstein Kass settlement agreement and email from counsel re same (.8); review Receiver's response to discovery in broker clawback (.3); review recorded Affidavits of Fact (.5); |
| 3/2/2021 | TLT | 1.8 | Review counsel revisions to Rothstein Kass settlement agreement, research re bar order, conference with counsel, comment re settlement agreement (.8); review R. Foti emails re assets and attachments (.2); review and approve amended complaint (Broker clawback), email and conference with counsel re same (.8). |
| 3/3/2021 | TLT | 0.1 | Review scheduling order (Broker clawback). |
| 3/4/2021 | TLT | 2.2 | Correspondence re fees for Receiver's expert witness in Rothstein Kass (.1); review correspondence with Rothstein Kass counsel re settlement, review and approve counsel's changes to Rothstein Kass settlement agreement (.6); attention to status of suspense funds held re royalty interests, correspondence with counsel for Torrent re same and respond (.4); review Paul Hastings correspondence re settlement, conference call re same, review emails between counsel and Paul Hastings (.7); emails and conference re identification of royalty interests in suspense, review R. Foti email re same, correspondence with Torrent counsel re same (.3). |
| 3/9/2021 | TLT | 0.4 | Review revised Rothstein Kass settlement agreement and correspondence re same. |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/10/2021 | TLT | .9 | Attention to counsel's access to PKF database and correspondence re same; review R. Foti correspondence re Affidavits of Fact, review R. Foti memo re title issues; attention to Hawkwood, review R. Foti memo and documents; review R. Foti memo re North Dakota assets. |
| 3/10/2021 | KAC | 2.5 | Investigate Lighthouse and North Dakota matters and draft memo to Receiver re same. |
| 3/11/2021 | TLT | 1.8 | Review correspondence re discovery in broker clawback, review and approve depo notices (.2); draft form of outgoing conveyance, attention to tax provisions, conferences re same (1.3); conference re Lighthouse and review correspondence with Cox (.3). |
| 3/11/2021 | KAC | 1.6 | Meeting with Receiver re Lighthouse, email to S. Cox re same (.3); meeting with Receiver re working interest investors who received conveyances (.2); email to Petro Hunt re investors received payments (.2); emails to Carrizo and JP Oil re releasing funds in suspense (.9). |
| 3/15/2021 | TLT | 2.1 | Review status of suspense funds/draft correspondence re same (.4); attention to status of Carrizo suspense funds and review prior correspondence re same, email from R. Foti re same (.4), conference call re title issue (.5); email with R. Foti re conveyances (.1); email from oil and gas counsel (.1); correspondence with counsel re Rothstein Kass settlement agreement, review Paul Hastings comments (.4); review correspondence re discovery issues (broker clawback), possible settlement, conference with counsel re same (.2). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/16/2021 | TLT | 0.8 | Review correspondence between counsel re discovery (broker clawback); review revised Rothstein Kass settlement agreement and emails re same. |
| 3/17/2021 | TLT | 2.3 | Review correspondence re Josiah title issue, research re same (.3); review and approve motion (broker clawback) (.1); attention to draft form of conveyance and correspondence re same (.2); attention to Rothstein Kass settlement and bar order issues, review revised draft and review correspondence between counsel re same, review prior bar orders entered in Receivership cases (1.2); review answers in broker clawback and email re same (.2); correspondence with counsel re bar order issue and review response (.3). |
| 3/18/2021 | TLT | 0.1 | Review order in broker clawback. |
| 3/19/2021 | TLT | 0.8 | Attention to Matlock release issue, correspondence and conference with counsel and review proposed form of release; review correspondence/documents re BRC suspense assets. |
| 3/22/2021 | TLT | 1.7 | Review correspondence from counsel in broker clawback (.1); attention to bar order issue and research re same, correspondence between counsel, review Fifth Circuit case re same and review KCM order (1.6). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/25/2021 | TLT | 2.9 | Attention to preparation of royalty interests for sale on EnergyNet, review R. Foti correspondence, document submission to EnergyNet re same and telephone conferences re same, review correspondence from EnergyNet (1.5); review memos/documents re Hawkwood funds in suspense (.2); review correspondence/documents re Torrent assets, review correspondence/documents re Carrizo, attention to status of all suspense assets/R. Foti email re same (1.2). |
| 3/25/2021 | KAC | 0.5 | Draft email to Receiver re status of funds in suspense; email to R. Foti re same. |
| 3/29/2021 | KAC | 0.9 | Finalize memo to Receiver re status of funds in suspense, details of prior correspondence. |
| 3/29/2021 | TLT | 0.7 | Status call with oil and gas counsel and correspondence re same; attention to draft form of conveyance and correspondence re same. |
| 3/30/2021 | TLT | 6.9 | Review status of suspense funds and review all prior correspondence re same (1.8); correspondence with EnergyNet re conference call (.1); review correspondence re AUSA turnover of assets, telephone conference with AUSA re same (.6); emails and conferences re Motion to approve/motion for bar order and review draft, review issues re possible appeals, telephone conference re same, draft memo to counsel re status (2.6); email to SEC re settlement collection/review status of same, email from Staff re same (.4); review email from counsel and review/review email from Paul Hastings re form of bar order, review Paul Hastings draft Bar Order (1.4). |

| Asset Analysis and Recovery | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/31/2021 | KAC | 0.2 | Call with EnergyNet, et al. |
| 3/31/2021 | TLT | 1 | Telephone conference with AUSA re seized assets (.2); attention to issue of Receivership being subject to Jinsun bar Order/compare prior orders, email and telephone conference with counsel re same (.8). |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/1/2021 | TLT | 09 | Attention to claims process, emails with PKF re same, review spreadsheets; conference with KAC re Receivership taxes/email with tax accountant. |
| 3/1/2021 | KAC | 1.9 | Telephone conference with investor re status inquiry (.2); email to C. Boatcallie re issue with their claim amount (.3); attention to notional claim letters (update addresses) (.7); confer with K. Leverance re claimant submissions/investor name issues (.3); conference with Receiver re Receivership tax issues (.4). |
| 3/2/2021 | TLT | 1 | Correspondence with PKF re claims status (.2); reviews PKF invoice (.1); review memo from C. Boatcallie re status of claims process and conference re same (.5); emails with tax accountant, conference with KAC re same (.2). |
| 3/2/2021 | KAC | 3 | Memo to Receiver re claims status (.9); email to C. Boatcallie re questions and requests (.9); print claim letters for submissions and reprints of no submission claims (1.1); confer with K. Leverance (.1). |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/3/2021 | TLT | 0.3 | Correspondence with C. Boatcallie; review memo re claims process and attachments. |
| 3/4/2021 | TLT | 1.6 | Research re payment of claims with no contact, email re same, review Plan re same, review KAC email re same, email re same (1.3); conference with KAC re possible skip traces, location of known claimants and correspondence re same (.3). |
| 3/8/2021 | TLT | 0.2 | Review correspondence with claimant; review notice of appeal in enforcement action. |
| 3/8/2021 | TLT | 0.6 | Attention to Receivership tax issues/emails with Shaw re same; review and approve invoices from oil and gas counsel. |
| 3/8/2021 | KAC | 0.1 | Respond to investor inquiry. |
| 3/10/2021 | TLT | 1.7 | Conference call with Receivership tax accountant and review issues re tax filings for C. Faulkner/entities (1.4); review KAC memo re R. Foti issues and conference re same (.1); conference call with PKF (.2). |
| 3/10/2021 | KAC | 2 | Telephone conference with R. Foti (.5); telephone conference with Receiver and accountant re Receivership returns (.5); draft memo to Receiver re R. Foti call and telephone conference with Receiver re same. (1.5). |
| 3/11/2021 | TLT | 0.5 | Review R. Foti memo re BRC/Crude transfer; review C. Boatcallie memo and investor workbook, conference re same. |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/11/2021 | KAC | 0.3 | Telephone conference with C. Boatcallie and Receiver. |
| 3/15/2021 | TLT | 0.4 | Email form PKF re claims; telephone conference with PKF/KAC. |
| 3/15/2021 | KAC | 2.7 | Telephone conference with C. Boatcallie re spreadsheet management and progress of items from list of last week (.5); attention to payables (.1); create list of found royalty investors and email to C. Boatcallie re same (2.1). |
| 3/17/2021 | TLT | 0.1 | Review R. Foti correspondence re division order. |
| 3/17/2021 | KAC | 1.4 | Attention to new claim letters for updated addresses (.8); telephone conference with Oxy about letter received re suspense (.1); email to and from R. Foti re division order received from Apache (.1); review investor submission (.1); telephone conferences with investors re objections and inquiries (.3); |
| 3/18/2021 | TLT | 0.2 | Review C. Boatcallie update re spreadsheet. |
| 3/22/2021 | TLT | 0.9 | Review correspondence re EQT checks (.1); review KAC correspondence re form of letters to claimants, status of various unsettled claims/draft form correspondence (.8). |
| 3/22/2021 | KAC | 2.1 | Attention to detailed claims/objections, spreadsheet management. |
| 3/23/2021 | TLT | 1.1 | Review memo KAC to PKF, review PKF response and conference re same (.6); review SEC correspondence re remedies/review order, respond re payments received (.5). |

| Case Administration | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/24/2021 | TLT | 1.2 | Prepare for status conference re claims process, conference call, conferences with KAC re same. |
| 3/24/2021 | KAC | 1 | Prepare for call with PKF re claims process, conference all with PKF and Receiver. |
| 3/25/2021 | TLT | 0.4 | Review Order in enforcement action; attention to Lighthouse and correspondence re same, correspondence with Cox counsel. |
| 3/29/2021 | KAC | 4 | Attention to claims, spreadsheet management, review of client lists for claims work (2.8); attention to investor inquiries (.2); confer with K. Leverance on projects (.1); emails with Tony Munter (.1); email to Receiver re cover letter and print same (.2); print claim letters (.1); attention to claims spreadsheets (.2); conference call with Sibley (.2); emails with C. Boatcallie re claim (.1). |
| 3/30/2021 | TLT | 1.6 | Review and approve correspondence/status of investors who received inaccurate claim letter, email re same (.6); attention to Mattson status/net winner issue (.3); email and telephone conference with counsel re discharge issue, research/review orders (.5); review PKF memo re Mattson claim, draft email re same (.2). |
| 3/31/2021 | TLT | 3 | Review correspondence from various counsel for taxing authorities and telephone conference re same, review spreadsheets re taxes owed and attention to OAR re payment authorization (2.2). Review R. Foti emails re tax issues (.1); email and telephone conference re status of Bering shareholders as claimants, review Plan re same (.7). |
| 3/31/2021 | KAC | 1 | Attention to claims spreadsheets, claim letters for found investors, objections, etc. |

| Status Reports | | | |
|---|---|---|---|
| DATE | ATTY | HOURS | DESCRIPTION OF SERVICES RENDERED |
| 3/29/2021 | TLT | 2.8 | Draft and revise status Report, attention to status of claims process/settlements sections and necessary inserts. |
| 3/31/2021 | TLT | 1.8 | Draft and revise Status Report. |

| TIME SUMMARY | | | |
|---|---|---|---|
| NAME | HOURS | RATE | TOTAL |
| Thomas L. Taylor III | 58.1 | $ 395.00 | $ 22,949.50 |
| Kelly A. Cornelison | 25.2 | $ 120.00 | $ 3,024.00 |
| TIME SUMMARY TOTAL | | | **$ 25,973.50** |