# Exhibit 2

# GOFORTH LAW, PLLC                                            *INVOICE*

7614 FAIRDALE LANE                                    *DUE UPON COURT APPROVAL*
HOUSTON, TEXAS 77063
TEL: (713) 464-2263
FAX: (713) 583-1762                                          *February 7, 2021*

*andrew@goforth.law*                                   **Tax I.D.  83-1908359**


Thomas L. Taylor III, Receiver
THE TAYLOR LAW OFFICES, PC
245 West 18th Street
Houston, Texas  77008

    Re:    Representation of Receiver appointed in *SEC v. Christopher A. Faulkner, et al.*; Case No. 16-cv-1735-D; In the United States District Court for the Northern District of Texas, Dallas Division


For Professional Services Rendered Through:            January 31, 2021


| | |
|---|---:|
| FEES .................................................................................... | $ 1,417.50 |
| EXPENSES ........................................................................... | $ 16.00 |
| <u>TOTAL AMOUNT DUE</u> | <u>$ 1,433.50</u> |

# GOFORTH LAW, PLLC                                              *INVOICE*

January 2021

Page 2

| Date | ID | Hours | Description |
|---|---|---|---|

### Asset Analysis and Recovery

| Date | ID | Hours | Description |
|---|---|---|---|
| 1/4/2021 | AMG | 1.2 | Draft written discovery requests to Trevino et al. |
| 1/7/2021 | AMG | 1.2 | Review Response by Trevino et al to Receiver's Rule 56(d) Motion (.7); Draft written discovery requests to Trevino et al. (.5) |
| 1/10/2021 | AMG | 0.6 | Draft, finalize and serve written discovery requests on Trevino et al., email re same |
| 1/13/2021 | AMG | 0.1 | Emails with KAC re Breitling entity |
| 1/19/2021 | AMG | 2.1 | Draft Reply in Support of Rule 56(d) Motion, legal research re same |
| 1/21/2021 | AMG | 1.9 | Draft, finalize and file Reply in Support of Rule 56(d) Motion, confer with Receiver re same |

### Case Management

| Date | ID | Hours | Description |
|---|---|---|---|
| 1/4/2021 | AMG | 0.1 | Emails with Breitling investor re: claims process |
| 1/8/2021 | AMG | 0.2 | Review Order granting SEC Motion for Remedies and Motion for Final Judgment, Final Judgment |

### Status Reports

| Date | ID | Hours | Description |
|---|---|---|---|
| 1/6/2021 | AMG | 0.7 | Draft Status Report language, review and proof same |

www.goforth.law

7614 FAIRDALE LANE
HOUSTON, TEXAS 77063

# GOFORTH LAW, PLLC                                             *INVOICE*

January 2021
Page 3

## BILLING SUMMARY

| ID  | Timekeeper     | Hours | Rate      | Total      |
|-----|----------------|-------|-----------|------------|
| AMG | Andrew Goforth | 8.1   | $ 175.00  | $ 1,417.50 |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
|      | January PACER Charges | $ 16.00 |
|      |             | $ 16.00 |

*NOTE:   INCURRED EXPENSES NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# GOFORTH LAW, PLLC                                                    INVOICE

7614 FAIRDALE LANE                                        *DUE UPON COURT APPROVAL*
HOUSTON, TEXAS 77063
TEL: (713) 464-2263                                              *March 11, 2021*
FAX: (713) 583-1762

*andrew@goforth.law*                                        **Tax I.D.  83-1908359**

Thomas L. Taylor III, Receiver
THE TAYLOR LAW OFFICES, PC
245 West 18th Street
Houston, Texas  77008

    Re:    Representation of Receiver appointed in *SEC v. Christopher A. Faulkner, et al.*; Case No. 16-cv-1735-D; In the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through:                    February 28, 2021

---

    FEES ........................................................................................ $ 1,767.50

    EXPENSES .............................................................................. $ 0.50

    <u>TOTAL AMOUNT DUE                                                 $ 1,768.00</u>

# GOFORTH LAW, PLLC  INVOICE

February 2021

Page 2

| Date | ID | Hours | Description |
|---|---|---|---|
| | | | |

**Asset Analysis and Recovery**

| Date | ID | Hours | Description |
|---|---|---|---|
| 2/1/2021 | AMG | 0.5 | Review Trevino et al. written discovery requests, email re same, email with Receiver re same |
| 2/2/2021 | AMG | 2.4 | Review Order granting Taylor/Alden Rule 12 Motion, email with and conference with Receiver re same, legal research re same/amended complaint |
| 2/9/2021 | AMG | 1.2 | Review written discovery responses from Trevino et al. |
| 2/12/2021 | AMG | 0.2 | Confer with Receiver re mediation with Rothstein Kass and outcome of same |
| 2/15/2021 | AMG | 2.2 | Draft responses to written discovery to Trevino et al. |
| 2/23/2021 | AMG | 3.5 | Draft responses to written discovery to Trevino et al. (1.7); Draft First Amended Complaint against Trevino, et al., legal research re same (1.8) |

**Case Management**

| Date | ID | Hours | Description |
|---|---|---|---|
| 2/25/2021 | AMG | 0.1 | Review voicemail from Caddo Parish, LA clerk's office re: recording/indexing of real property filing |

# GOFORTH LAW, PLLC                                              *INVOICE*

February 2021
Page 3

**BILLING SUMMARY**

| ID | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|
| AMG | Andrew Goforth | 10.1 | $ 175.00 | $ 1,767.50 |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
|  | February PACER Charges | $ 0.50 |
|  |  | $ 0.50 |

*NOTE:   INCURRED EXPENSES NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# GOFORTH LAW, PLLC    INVOICE

7614 FAIRDALE LANE
HOUSTON, TEXAS 77063
TEL: (713) 464-2263
FAX: (713) 583-1762

*andrew@goforth.law*

*DUE UPON COURT APPROVAL*

*April 15, 2021*

Tax I.D.  83-1908359

Thomas L. Taylor III, Receiver
THE TAYLOR LAW OFFICES, PC
245 West 18th Street
Houston, Texas  77008

   Re:   Representation of Receiver appointed in *SEC v. Christopher A. Faulkner, et al.*; Case No. 16-cv-1735-D; In the United States District Court for the Northern District of Texas, Dallas Division

For Professional Services Rendered Through:             March 31, 2021

| | |
|---|---:|
| FEES ............................................................................... | $ 3,762.50 |
| EXPENSES ..................................................................... | $ 19.20 |
| TOTAL AMOUNT DUE | $ 3,781.70 |

# GOFORTH LAW, PLLC  *INVOICE*

March 2021
Page 2

| Date | ID | Hours | Description |
|---|---|---|---|
| | | | |

**Asset Analysis and Recovery**

| Date | ID | Hours | Description |
|---|---|---|---|
| 3/1/2021 | AMG | 3 | Draft, finalize and serve responses to written discovery to Trevino et al., confer with Receiver re same (1.3); Draft, finalize and serve written discovery requests on Taylor/Alden, email to counsel re same (1.7) |
| 3/2/2021 | AMG | 2.8 | Draft, finalize and file First Amended Complaint against Trevino, et al., confer with Receiver re same |
| 3/3/2021 | AMG | 1.7 | Review Trial Setting Order, confer with Receiver re same (.2); Draft, finalize and serve written discovery to non-entity Defendants, email to counsel re same (1.5) |
| 3/11/2021 | AMG | 0.9 | Emails with B Reimer re vacation, extension of deadlines, deposition dates, email to R Simon re deposition dates, draft, finalize and serve Notices of Deposition re same |
| 3/15/2021 | AMG | 0.1 | Emails with R Simon re telephone conference |
| 3/16/2021 | AMG | 0.9 | Telephone conference with R Simon, review email re same, confer with Receiver re same (.7); Emails with B Reimer re extension of deadlines and deposition dates (.2) |
| 3/17/2021 | AMG | 0.7 | Review email from landman re Breitling title/assets (.1); Review Taylor/Alden Motion to Enlarge Time (.1); Review Trevino et al. Answer to Amended Complaint (.5) |
| 3/18/2021 | AMG | 0.1 | Review Order granting Taylor/Alden Motion to Enlarge Time |
| 3/23/2021 | AMG | 0.1 | Email with R Simon following up re previous week's conference call |
| 3/24/2021 | AMG | 0.1 | Review KAC emails re Breitling email server |
| 3/26/2021 | AMG | 0.2 | Emails with R Simon re amended discovery responses, joint motion on extending various deadlines |
| 3/30/2021 | AMG | 0.3 | Emails with R Simon re amended discovery responses, discovery deadline extensions (.2); Emails with Receiver, Rothstein counsel re bar order motions/orders (.1) |

www.goforth.law

7614 FAIRDALE LANE
HOUSTON, TEXAS 77063

# GOFORTH LAW, PLLC *INVOICE*

March 2021
Page 3

| Date | Atty | Hours | Description |
|---|---|---|---|
| 3/31/2021 | AMG | 1.5 | Draft Joint Motion to Amend Scheduling Order in Taylor v Trevino et al., legal research and review of Scheduling Order, FRCP re same |

**Case Management**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 3/1/2021 | AMG | 0.7 | Telephone call with Caddo Parish, LA clerk's office re: recording/indexing of real property filing, telephone conferences with Receiver re same, emails with M Sibley, R Foti re same |
| 3/4/2021 | AMG | 2.4 | Emails with Receiver re status of Claims process (.1); Legal research re potential claimants unable to contact (2.3) |
| 3/8/2021 | AMG | 1.8 | Legal research re potential claimants unable to contact (1.6); Review email from Breitling investor re: claims process, forward to KAC for review (.1); Review Deft. Hallam's Notice of Interlocutory Appeal (.1) |
| 3/9/2021 | AMG | 2.4 | Legal research re receivership discharge orders |
| 3/18/2021 | AMG | 1.5 | Legal research re receivership discharge orders |
| 3/31/2021 | AMG | 0.2 | Emails with Receiver re legal research on discharge orders |

**Status Reports**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 3/25/2021 | AMG | 0.1 | Review Order for Status Report |

# GOFORTH LAW, PLLC

*INVOICE*

March 2021
Page 4

### BILLING SUMMARY

| ID | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|
| AMG | Andrew Goforth | 21.5 | $ 175.00 | **$ 3,762.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
|  | March PACER Charges | $ 19.20 |
|  |  | **$ 19.20** |

*NOTE:   INCURRED EXPENSES NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

7614 FAIRDALE LANE
www.goforth.law                                           HOUSTON, TEXAS 77063