IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC., <br> Defendants, <br><br> and <br><br> TAMRA M. FREEDMAN and JETMIR AHMEDI, <br> Relief Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No.: 3:16-CV-1735-D |

**ORDER APPROVING FIFTEENTH INTERIM APPLICATION TO PAY FEES INCURRED BY THE RECEIVER FOR THE CALENDAR QUARTER ENDING JUNE 30, 2021**

Before the Court is the Motion for Order Approving Fourteenth Application to Pay Fees Incurred By the Receiver for Quarter Ending June 30, 2021 ("Motion"). Having considered the Motion; all responses, objections and replies thereto, if any; the evidence presented; and arguments of counsel; the Court is of the opinion that the Motion should be and is hereby GRANTED in all respects.

The Court finds that with respect to the amounts approved for immediate payment set forth below, the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver and his retained professionals during the time periods covered by the above-referenced Fee Application, were reasonable and necessary for the Receiver to perform his Court-ordered duties.

It is therefore **ORDERED** that:

The Motion for Order Approving Fifteenth Application to Pay Fees Incurred By the Receiver for Quarter ending June 30, 2021 is **GRANTED** in all respects. The Court authorizes Receiver to make the following payments from the Receivership Estate: (1) $55,073.00 to The Taylor Law Offices, P.C.; and (2) $28,152.00 to Goforth.

Signed this 3rd day of September, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE