**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. FAULKNER, *et al.*,<br>　　Defendants. | §<br>§<br>§<br>§<br>§   Case No.: 3:16-CV-1735-D<br>§<br>§<br>§ |

**ORDER GRANTING RECEIVER'S MOTION TO SUBSUME CERTAIN ASSETS
INTO THE RECEIVERSHIP ESTATE FOR LIQUIDATION**

Before the Court is the October 11, 2021 Motion to Subsume Certain Assets into the Receivership Estate for Liquidation ("Motion") of Court-appointed Receiver Thomas L. Taylor III ("Receiver"). No opposition responses have been timely filed. Having determined that the Motion is fully supported by the written submissions, the Motion is hereby **GRANTED** in all respects. It is therefore

**ORDERED** that the following assets ("Seized Assets") are Receivership Assets and part of the Receivership Estate:

- One Vacheron Constantin No. 143 Luxury Wristwatch;
- $10,726 in U.S. paper currency;
- Ten one-ounce gold bars;
- One one-gram gold bar, contained on a blue wallet-sized card; and
- Six gold coins.

It is further

**ORDERED** that the Receiver is no longer required to segregate the Seized Assets in a bank safe deposit box pursuant to a previous Order of this Court [ECF No. 390], and the Receiver

may liquidate the Seized Assets pursuant to this Court's Third Amended Order Appointing Receiver [ECF No. 496].

Signed on __November 3_____, 2021.

                                                  SIDNEY A. FITZWATER
                                                SENIOR JUDGE