IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE          §
COMMISSION,                      §
                                 §
                   Plaintiff,    §
                                 §  Civil Action No. 3:16-CV-1735-D
VS.                              §
                                 §
CHRISTOPHER A. FAULKNER, et al., §
                                 §
                   Defendants.   §

## ORDER

Plaintiff's March 31, 2022 unopposed motion for leave to effect interim distribution and for expedited consideration is granted at this time to the extent plaintiff seeks expedited consideration of the motion.

Accordingly, anyone who opposes plaintiff's March 31, 2022 unopposed motion for leave to effect interim distribution must file an opposition response no later than Friday, April 15, 2022 at noon.  Plaintiff may file a reply to an opposition response no later than Tuesday, April 19, 2022, at noon.  Unless the court advises otherwise, the unopposed motion for leave to effect interim distribution will be decided without oral argument.

**SO ORDERED**.

April 1, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE