Case 3:16-cv-01735-D   Document 671   Filed 09/06/22   Page 1 of 4   PageID 19040

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST., ROOM 1452
DALLAS, TX 75242-1310

OFFICIAL BUSINESS

SECURITIES AND EXCHANGE COMMISSION

Paul A Wohrman
PO Box 1091
Lander, WY 82520

RECEIVED
SEP -6 2022
MAILROOM

3:16-CV-1735

FORWARD TIME EXP RTN TO SEND
WOHRMAN, PAUL A
185 CENTRAL AVE
DEAVER WY 82421-9731

RETURN TO SENDER



US POSTAGE $000.57⁰
PITNEY BOWES
02 1P
0000910045
MAILED FROM ZIP CODE 75242
AUG 29 2022

Paul A Wohrman
PO Box 1091
Lander, WY 82520

------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br>     Plaintiff, <br><br> v. <br><br> CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREMY S. WAGERS, JUDSON F. ("RICK") HOOVER, PARKER R. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC., <br>     Defendants, <br><br> and <br><br> TAMRA M. FREEDMAN and JETMIR AHMEDI, <br>     Relief Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | Case No.: 3:16-CV-1735-D |

**ORDER APPROVING NINETEENTH INTERIM APPLICATION TO PAY FEES INCURRED BY THE RECEIVER FOR THE CALENDAR QUARTER ENDING JUNE 30, 2022**

Before the Court is the Motion for Order Approving Nineteenth Application to Pay Fees Incurred By the Receiver for Quarter Ending June 30, 2022 ("Motion"). Having considered the Motion; all responses, objections and replies thereto, if any; the evidence presented; and arguments of counsel; the Court is of the opinion that the Motion should be and is hereby GRANTED in all respects.

The Court finds that with respect to the amounts approved for immediate payment set forth below, the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver and his retained professionals during the time periods covered by the above-referenced Fee Application, were reasonable and necessary for the Receiver to perform his Court-ordered duties.

It is therefore **ORDERED** that:

The Motion for Order Approving Nineteenth Application to Pay Fees Incurred By the Receiver for Quarter ending June 30, 2022 is **GRANTED** in all respects. The Court authorizes Receiver to make the following payments from the Receivership Estate: (1) $53,478.50 to The Taylor Law Offices, P.C.; (2) $7,686.21 to Goforth; and (3) $27.90 to Sprouse.

**SO ORDERED**.

August 29, 2022.

SIDNEY A. FITZWATER
SENIOR JUDGE