# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 19, 2022
Lyle W. Cayce
Clerk

No. 21-10222

---

SECURITIES AND EXCHANGE COMMISSION,

          *Plaintiff—Appellee*,

versus

PARKER R. HALLAM,

          *Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CV-1735

---

Before SMITH, ELROD, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on Sep 12, 2022**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**