IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:16-CV-1735-D |
| VS. | § § | |
| CHRISTOPHER A. FAULKNER, et al., | § § | |
| Defendants. | § | |

## **ORDER**

Unless, no later than October 28, 2022, good cause is shown in writing for retaining this case as statistically open, the court will close it administratively for statistical purposes. Such a closure is for administrative purposes; it is not a final judgment.

**SO ORDERED**.

October 14, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE