IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:16-CV-1735-D |
| VS. | § § | |
| CHRISTOPHER A. FAULKNER, et al., | § § | |
| Defendants. | § | |

## ORDER

The court has considered the October 28, 2022 response to its October 14, 2022 order and has determined not to close this case administratively for statistical purposes at this time.

Unless, no later than March 30, 2023, good cause is shown in writing for retaining this case as statistically open, the court will close it administratively for statistical purposes at that time. Such a closure is for administrative purposes only, is not a final judgment, and should not interfere with the efficient and just administration of what remains of this lawsuit.

**SO ORDERED**.

November 1, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE