| Claim No. | Name | Name |
|---:|---|---|
| 5 | Phillip Colin Kirkegaard Roth IRA  Advanta IRA custodian | |
| 13 | Michael Gunderson | |
| 18 | Rangoon Group | c/o Stephen Lai |
| 46 | Kyle Hoggatt | |
| 86 | Michael and Soheila Degieux | |
| 99 | Cynthia Woodham and Asset Preservation as pass Thru for Cynthia Woodham | |
| 118 | Advanta Trust LLC FBO Jill Lauren | |
| 148 | AdvantaIRA/MidlandIRA FBO Barbara Levich | |
| 149 | Fikis Properties LLC | |
| 157 | Kussmaul Brothers I LLC (Members: Ryan and Seth) | c/o Seth Kussmaul |
| 182 | Clifford L Ratza | |
| 198 | Orville Wojahn | |
| 214 | BIALYKAMIN INVESTMENTS LTD | c/o Stefan Konasiewicz |
| 238 | Samuel Quaison | |
| 275 | Ponderosa Homes LLC | c/o Andrew Balistrieri |
| 281 | Kay Sartor | |
| 292 | Royce Don Allen | |
| 320 | David Nusz | |
| 324 | Jill Mattson | |
| 339 | Eileen Tufaro | |
| 364 | Linda Nelson | |
| 374 | Bloomington Associates  LP c/o Lori Boisclair | |
| 396 | Roy Maneideo | |
| 427 | Advanta IRA fbo David Trent | |
| 1005 | Ghauri K Ahmer | |
| 1017 | Samuel Ampadu | |
| 1018 | Allen Jr Anderson | |
| 1019 | H Allen Anderson | |
| 1020 | Ruben Arias | |
| 1023 | Gary Ashmore | |
| 1025 | BAB Payment Co | |
| 1028 | Richard & Elizabeth Bauder | |
| 1029 | John E & Madonna R Beal | |
| 1038 | Black Forest Group | |
| 1039 | Kulin M Boda | |
| 1040 | Body Back Company | |
| 1042 | George & Lorraine Boice | |
| 1043 | Nedrana Boutte | |
| 1048 | Brothers Oil Company | |
| 1049 | Philip Brothers | |
| 1050 | Madeline & Martens Brouet | |
| 1052 | Randal Brown | |
| 1053 | Bui-Nguyen & Diana Huong | |
| 1059 | Jeanne Campbell | |
| 1060 | Kristopher & Kristi Campbell | |
| 1062 | Mark & Gwenda Carlson | |
| 1066 | Central Arkansas Qualified Intermediary | |
| 1068 | Gary & Deborah Chapman | |
| 1075 | Patrick Christman | |
| 1076 | Cider Royalties LLC | |
| 1081 | Computer Management Services Inc | |
| 1082 | Concept Solutions Inc | |
| 1086 | Michael & Connie Cummings | |

**EXHIBIT A**

| | | |
|---|---|---|
| 1088 | Daniel & Norma Currie | |
| 1091 | Olusesan Daniels | |
| 1092 | Dash Food Mart | |
| 1093 | UG & Patricia Daughtridge | |
| 1095 | David Davidson | |
| 1097 | Fred Davis | |
| 1103 | Gary & Mary Dewitt | |
| 1104 | Diamondback Oil & Gas Buffalo Run | |
| 1105 | Jewel Stoneman Dick | |
| 1109 | Doll Properties LLC | |
| 1110 | TW Doll | |
| 1117 | Terry & Linda Edmondson | |
| 1121 | Steve England | |
| 1122 | Wilbur & Kathy Epp | |
| 1125 | Todd Eskra | |
| 1126 | Exchange Specialists Inc | |
| 1127 | Fame PF LLC | |
| 1129 | Amy Jo Farrington | |
| 1131 | Edrick Ferguson | |
| 1133 | Jean-Pierre Ferrando | |
| 1139 | Fortune Group | |
| 1140 | Fountain Gates Investment Group | c/o Oladipo Aderiyi |
| 1142 | Ella Frumkin | |
| 1143 | Fulman Investments LLC | c/o Peter Juiris |
| 1148 | William Jr George | |
| 1149 | Harold & Susan Gerecht | |
| 1151 | Merle Ginsberg | |
| 1152 | Jerome Ginsburg | |
| 1154 | Arnold Gleit | |
| 1155 | Randy Glenne | |
| 1158 | Thomas Gorrie | |
| 1159 | Grace & Charm Investment Properties LLC | |
| 1161 | Donald Grantham | |
| 1165 | David & Christin Gregory | |
| 1168 | Gary & Virginia Gullo | |
| 1169 | James Jr Gullo | |
| 1172 | Robert & Kathleen Haldeman | |
| 1173 | Halek - TEI Operating Account | |
| 1174 | Alan Hampton | |
| 1175 | Tom L & Kay Handy | |
| 1178 | Alan & Joyce Hauser | |
| 1182 | Brandon Haynes | |
| 1185 | Health Way Pharmacy Inc | |
| 1186 | Heart of the Villa | |
| 1187 | Thomas Heckenberg | |
| 1195 | Hernandez Living Trust | c/o Drew Hernandez |
| 1202 | Hipkins Family Trust | |
| 1205 | Hofhine, Mike D | |
| 1208 | Howard, Louis M | |
| 1209 | Hoyle, Robert Mark | |
| 1213 | Hug, Steven & Mary | |
| 1218 | Jackson LLC | c/o Caitlyn Jackson |
| 1221 | Sandeep Jain | |
| 1223 | JBW Properties LLC | |

| | | |
|---|---|---|
| 1229 | Lei & Qing Shao Jin | |
| 1230 | Johnson, Jeffery & Heather | |
| 1232 | Robert & Pamela Johnson | |
| 1235 | Mike Jones | |
| 1236 | Jones, Monty | |
| 1244 | Odis & Theola Kerbow | |
| 1246 | Klinchuch, John F | |
| 1247 | Knapp, James | |
| 1251 | Kolisetty, Pramila & Sapan Polepalle | |
| 1252 | Kolkey, Dean & Joan | |
| 1254 | Kremer, Joseph & Melissa | |
| 1256 | Kuhfus, Jon & Paula | |
| 1259 | James & Sarah Lang | |
| 1262 | Lawerence, Peter | |
| 1267 | Lindley, Joe | |
| 1270 | Lipe, Steele | |
| 1271 | Lloyd, Michael & Travis | |
| 1275 | Edwin Ludvik | |
| 1276 | Luekenga, Nick & Michelle | |
| 1278 | Gerald & Phyllis Lundeen | |
| 1280 | Suresh & Naga P Madireddy | |
| 1282 | Marcombe, Gery | |
| 1283 | Market Value Investments LLC | |
| 1284 | Martinez, Heather | |
| 1288 | Mark Scott McCollister | |
| 1292 | Angus P & Linda E McIntosh | |
| 1294 | McMichael, Robert & Mandy | |
| 1295 | Larry McMillin | |
| 1296 | Jason McShan | |
| 1298 | Robert A Melnick & Cynthia S Brenman | |
| 1299 | Mesa Lake LLC | |
| 1303 | Money Pro LLC | |
| 1304 | Norman Montanye | |
| 1306 | Mordell Energy LLC | |
| 1307 | Edward & Winifred Morenz | |
| 1308 | Moro, Stefano | |
| 1313 | Alvin Mullet Valley Homes LLC | c/o Alvin Mullet |
| 1316 | Nadeau, Thomas & Anne | |
| 1317 | John Nambu | |
| 1319 | Thomas & Shiney Nattakom | |
| 1321 | Neiber, Chris | |
| 1325 | Nelson Oil LLC | c/o L Nelson |
| 1328 | Neuman, Robert | |
| 1331 | Nichols Enterprises Inc | |
| 1337 | O'Leary, James | |
| 1339 | Pedro & Erica Ortiz | |
| 1340 | Tessa Osborne | |
| 1341 | Otto, Fred | |
| 1344 | Robert Paglee | |
| 1346 | Palmer, Ronald & Betty | |
| 1351 | Patel, Annkur & Sunita | |
| 1352 | Atool K & Amita A Patel | |
| 1358 | Peer, Keith K | |
| 1362 | Randall Jr Peterson | |

| | | |
|---|---|---|
| 1365 | Phillip, Lester | |
| 1367 | Pipek, Gary & Karen | |
| 1369 | Poonawala, Aliasgar I & Sakina Khambaty | |
| 1370 | Michael Porter | |
| 1371 | TD Porter | |
| 1372 | Porter, Thomas & Patricia | |
| 1373 | Prado, Antonio & Lourdes | |
| 1374 | Prakash, Madhulika | |
| 1375 | Premium Finance Solutions Inc | |
| 1378 | Price, Floyd & Marilyn | |
| 1381 | William & Debra Purdon | |
| 1383 | Lambert Quartey | |
| 1384 | Rai, Shyam | |
| 1386 | Rapio Valley Land Company | |
| 1388 | Raymond, David | |
| 1389 | RBC Capital Markets | |
| 1391 | Resseguie, Robert | |
| 1392 | Retirement CFO LLC | |
| 1393 | Rhines, Howard & Juanita | |
| 1394 | Raymond & Joan Rhodes | |
| 1395 | Richardson, Thomas Jr | |
| 1396 | Richmond, Jason | |
| 1398 | Risman, Dandy & Joyce | |
| 1399 | Ritter, T & M | |
| 1401 | Rock Capital LLC | |
| 1404 | Rosser, Richard & Lisa | |
| 1407 | Roy, Vikas & Somya Revocable Trust | |
| 1409 | Daniel & Shannon Rundio | |
| 1410 | Samuel, Matthew | |
| 1411 | Ajit Fathailal Sancheti | |
| 1414 | Sanford, Margaret | |
| 1415 | Sanford, Richard | |
| 1419 | Vincent Scalese | |
| 1420 | Scheriff, Matthew | |
| 1421 | Schindler, Kyle & Megan | |
| 1422 | Harriet & Charles Schnepp | |
| 1423 | Schoepf, George | |
| 1424 | Schreiber Properties | |
| 1430 | Shah, Parag | |
| 1431 | Shanker, Gyan & Vandana | |
| 1434 | Yang Shi | |
| 1436 | Shukry, Mohanad & Annette | |
| 1437 | Simon, Jeffrey & James | |
| 1440 | Smith, John R | |
| 1443 | Sorenson, Terry | |
| 1445 | Sparrer, Henry & Geraldine | |
| 1451 | Thomas Stanley | |
| 1453 | Starr, Janet | |
| 1456 | Steadicam Hawaii LLC | |
| 1458 | Steve Danielson LLC | |
| 1459 | John Stevenson | |
| 1461 | Steven & Sheila Stewart | |
| 1462 | Stone Creek Energy Partners | c/o David Fitzell |
| 1463 | Thomas & Hellen Stone | |

| | | |
|---|---|---|
| 1467 | Structural Concrete & Design Inc | |
| 1468 | Strum, Kenneth | |
| 1469 | Struttmann, Hilarius | |
| 1470 | Sullivan, John | |
| 1472 | Thomas & Wei Shi Sun | |
| 1473 | Suphattanak, Naphat & Darin Jaturapatporn | |
| 1474 | Richard Tabaka | |
| 1476 | Talla, Samata | |
| 1481 | Taylor, Brian & Deborah | |
| 1487 | Gillean Terry | |
| 1492 | Logen & Dilini Thiran | |
| 1494 | Thomas, Dwayne A | |
| 1501 | Gilbert & Amanda Travis | |
| 1507 | NR Uppalapati | |
| 1508 | Upright, Helen | |
| 1509 | Upright, Randall & Karen | |
| 1515 | Srinivas Vangala | |
| 1516 | Veldhuizen, Henry & Alma | |
| 1517 | Vernon Investments | c/o Paul Wells |
| 1520 | Vreeland, James & Susie | |
| 1521 | Bret & Paula Wacker | |
| 1523 | Walters, Jerry | |
| 1527 | Wealth Management | |
| 1539 | Western Reader's Service | |
| 1541 | White, James & Meta | |
| 1543 | Jimmy & Jewell Jacque White Reynolds Investments | |
| 1547 | Curtis Wilke | |
| 1548 | Williams, Andrew D & Johnette J | |
| 1551 | Nathan W & Renee E Williams | |
| 1561 | Frank & Nelda Young | |
| 1562 | Yao Tony & Joy Huang Zhu | |
| 1564 | ZP Enterprises LLC | |
| 2004 | Richard Anderson | |
| 2018 | Blue Shore Trust | |
| 2030 | Collins, Dennis | |
| 2049 | Richard Dulany & Linda Rubey | |
| 2050 | Leland Durst IRA | |
| 2055 | Fehlman, Richard & Janet Podojil | |
| 2059 | Gerard Enterprises LP | |
| 2072 | Hajdari, Zaim | |
| 2095 | Kurran Investment Group LLC | |
| 2102 | Lindley, Lou Ann | |
| 2103 | Low, Laura | |
| 2122 | Parke, John | |
| 2146 | Frank Shaw | |
| 2151 | Mike Smith | |
| 2153 | Kenneth W. Sommerfeld Trust dtd 9/17/99 | |
| 2155 | Spaletto Enterprises Inc | |
| 2158 | William Sweeney | |
| 2179 | Woolley, Micheline | |
| 11B | Christine Williams Trust | |
| 11C | Reese Williams Trust | |
| 1232B | Robert & Pamela Johnson | |
| 133B | Judy & Lee Culbertson | |

| | | |
|---|---|---|
| 1549B | Erin Williams Trust | |
| 1549C | Marisa Williams Trust | |
| 279A | Robert Wells Self-Directed Traditional IRA | |
| 279B | Robert Wells | |
| 314B | Entrust Freedom IRA FBO Steven Skurski | |
| 348A | A.R.I. & C. Inc | |
| 41D | Rick Hanson | |
| 81B | Michael Schuman Holdings LLC | |
| N1 | Daniel White IRA | |
| N7 | Rajesh Patel IRA | |
| N9 | Craig Richardson IRA | |