IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>VS.<br><br>CHRISTOPHER A. FAULKNER, et al.,<br><br>            Defendants. | §<br>§<br>§<br>§<br>§  Civil Action No. 3:16-CV-1735-D<br>§<br>§<br>§<br>§<br>§ |

## ORDER

In an order filed on November 1, 2022, the court stated that unless, no later than March 30, 2023, good cause was shown in writing for retaining this case as statistically open, the court would close it administratively for statistical purposes.  There having been no showing of good cause, the court now closes this case administratively for statistical purposes. Further, the court finds that such a closure will not interfere with the efficient and just administration of what remains of this lawsuit. This administrative closure is for statistical purposes only and is not a final judgment.

**SO ORDERED**.

March 31, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE