IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. FAULKNER, *et al.*,<br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 3:16-CV-1735-D |

**ORDER GRANTING
RECEIVER'S MOTION FOR ENTRY OF ORDER
CONFIRMING SALE OF REAL PROPERTY**

  Before the Court is the April 11, 2023 Motion for Entry of Order Confirming Sale of Real Property ("Confirmation Motion") of Court-appointed temporary receiver Thomas L. Taylor III ("Receiver"). Through the Confirmation Motion, the Receiver seeks confirmation of the sale of various working and overriding royalty interests located in multiple counties in North Dakota, Oklahoma, and Texas, as more fully described in **Exhibit 1** (the "Assets").

  In connection with the Confirmation Motion, the Court previously entered its Order (1) Granting Receiver Authority to Sell Oil and Gas Interests; (2) Approving Engagement of Sales and Marketing Firm; and (3) Approving Sales Procedures [ECF No. 463] (the "Sales Order").

  The Court, having considered the Confirmation Motion, and all opposition, responses or objections thereto, if any; and having determined that proper notice and reasonable opportunity to intervene, to object and to be heard with respect to the Confirmation Motion and the relief requested therein has been given to all necessary parties with respect to the Confirmation Motion; and having determined that the Confirmation Motion is fully supported by the entire record in these proceedings to date, all evidence presented to the Court and the arguments of counsel; the

Court is of the opinion that the Confirmation Motion should be and hereby is GRANTED in all respects. It is therefore

**ORDERED** that the Confirmation Motion is **GRANTED** in all respects. It is further

**ORDERED** that any liens, claims, encumbrances and/or interests of security asserted in the Assets, under any legal or equitable principles, are not valid, have been paid or have been otherwise discharged. It is further

**ORDERED** that the sale of the Assets free and clear of all liens, claims and encumbrances to Kolding Oil & Gas, LLC ("Buyer"), for the amount of $150,000 is hereby **CONFIRMED**. The Receiver is directed to take all further action necessary to complete the sale and transfer of the Assets to Buyer pursuant to the Sales Order.

Signed on _____May 3_____, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

All of the following Assignors'[1] rights, title and interests in and to all leasehold interests in oil, gas or other minerals, including all working interests, carried working interests, contingent, or reversionary interests, rights of assignment, reassignment and all other rights and limitations in or under the oil and gas lease(s), or any other instrument(s) conveying the right to explore for and produce oil, gas and other minerals, in the counties listed below, and including but not limited to those properties described in the conveyances recorded at the following Instruments in the Official Public Records of each county below:

| State | County | Assignor | Instrument No(s). |
|---|---|---|---|
| ND | Divide | BEC | 271789, 271879, 273879, 301819, 301820 and 303134 |
| ND | McKenzie | BRC | 430080, 485320 and 399324 |
| ND | Mountrail | BOG | 391972, 392878 and 452332 |
| ND | Williams | BEC | 756945, 802075 |
| OK | LOGAN | BOG | I-2012-001149 |
| TX | HEMPHILL | BOG | 60363, 61402, 61860, 61861, 65296, 66609, 77539, 77540, and 77625 |
| TX | HEMPHILL | BOG | 60363, 61861, 65296, 66609, 77539, 77540, 77625, 61402, and 61860 |
| TX | LIVE OAK | BOG | 204324, 207652, 209419 and 230035 |

---

[1] The "Assignors" are Receivership Entities Breitling Energy Companies ("BEC"), Breitling Oil and Gas Corporation ("BOG"), and Breitling Royalties Corporation ("BRC").

**EXHIBIT 1**